AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Alverene D. Butler

V.

Alabama Department of Transportation, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv278-MEF

TO: (Name and address of Defendant)

Patrick T. Jackson
Supervisor
c/o Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, AL 36110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alverene D. Butler
3600 Farrar Street       pro se
Montgomery, AL 36105
334-269-4825

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

*/s/ /. Austin/*
(By) DEPUTY CLERK

4/4/06
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

      Middle       District of       Alabama

Alverene D. Butler

V.

Alabama Department of Transportation, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06cv278-MEF

TO: (Name and address of Defendant)

    Mark T. Waits
    Dist. Engineer
    c/o Alabama Department of Transportation
    1409 Coliseum Boulevard
    Montgomery, AL 36110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Alverene D. Butler
    3600 Farrar Street    pro se
    Montgomery, AL 36105
    334-269-4825

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  4/4/06

# UNITED STATES DISTRICT COURT

Middle  District of  Alabama

Alverene D. Butler

V.

Alabama Department of Transportation, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:06cv278-MEF

TO: (Name and address of Defendant)

Joe McInnes
Director
c/o Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, AL 36110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alverene D. Butler
3600 Farrar Street          pro se
Montgomery, AL 36105
334-269-4825

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK                                    DATE 4/4/06

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Alverene D. Butler

V.

Alabama Department of Transportation, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:06cv278-MEF

TO: (Name and address of Defendant)

Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, AL 36110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alverene D. Butler
3600 Farrar Street          pro se
Montgomery, AL 36105
334-269-4825

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              4/4/06
_____          _____
CLERK                                        DATE
   _/s/ Austin_
_____
(By) DEPUTY CLERK