IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE D. BUTLER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>TRANSPORTATION, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:06-cv-278-MEF |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 6th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE