**Card 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patrick T. Jackson
Supervisor
c/o ADOT
1409 Coliseum Blvd
Mont, AL 36110

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Darnell Mathews — ☐ Agent / ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 4-6-06
D. Is delivery address different from item 1? ☐ Yes  ☐ No
2:06cv278-m

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7004 2510 0001 0150 3562

---

**Card 2:**

1. Article Addressed to:

Mark T. Waits
Dist. Engineer
c/o ADOT
1409 Col. Blvd
Mont, AL 36110

A. Signature: X Darnell Mathews
C. Date of Delivery: 4-6-06
06 cv 278

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

2. Article Number: 7005 1820 0002 3461 3073

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Card 3:**

1. Article Addressed to:

ADOT
1409 Coliseum Blvd
Mont, AL 36110

A. Signature: X Darnell Mathews
C. Date of Delivery: 4-6-06
06 cv 278

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

2. Article Number: 7005 1820 0002 3461 3097

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540