IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ALVERENE BUTLER,** | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. 2:06-CV-278-MEF |
| | * | |
| **ALABAMA DEPARTMENT** | * | |
| **OF TRANSPORTATION, et al.,** | * | |
| Defendant. | * | |

### ENTRY OF APPEARANCE

COMES NOW Jay Lewis, attorney at law, to enter his appearance on behalf of Plaintiff in this action and would request of the Court and all parties that he be served with process and all needful papers.

RESPECTFULLY SUBMITTED this ____24____ day of May, 2006.

/s/ JAY LEWIS
Jay Lewis
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

      I hereby certify that on the _24_ day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

R. Mitchell Alton, III  
Harry A. Lyles  
ALDOT  
1409 Coliseum Blvd.  
Montgomery, AL 36110  

                                      /s/ JAY LEWIS  
                                      Jay Lewis  
                                      Attorney for Plaintiff  
                                      Law Offices of Jay Lewis, LLC  
                                      P.O. Box 5059  
                                      Montgomery, Alabama, 36103  
                                      334-263-7733 (voice)  
                                      334-263-7733 (fax)  
                                      J-Lewis@JayLewisLaw.com  
                                      ASB-2014-E66J