IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE BUTLER, *<br>　　Plaintiff, *<br>　　　　　　*<br>　　v. *<br>　　　　　　*<br>ALABAMA DEPARTMENT *<br>OF TRANSPORTATION, et al., *<br>　　Defendant. * | Civil Case No. 2:06-CV-278-MEF |

**MOTION TO AMEND COMPLAINT**

COMES NOW Plaintiff, by and through her attorney of record, and would move the Court for leave to amend her Complaint and to substitute therefor her First Amended Complaint, attached hereto, and in support of which would show unto the Court as follows:

1. Plaintiff originally filed her Complaint pro se.

2. The Complaint set forth proper claims; however it was unclear as to which defendants were being sued in which capacity and as to which statutory authorities.

3. Plaintiff believes that her First Amended Complaint, which adds no new claims, will greatly streamline the course of litigation in this case.

WHEREFORE, the premises considered, Plaintiff prays that the Court will grant her leave to amend her Complaint by substituting therefor her First Amended Complaint, attached hereto.

RESPECTFULLY SUBMITTED this _____8th_____ day of June, 2006.

　　　　　　　　　　　　　　　　　　/s/ JAY LEWIS
　　　　　　　　　　　　　　　　　　Jay Lewis
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　Law Offices of Jay Lewis, LLC

        P.O. Box 5059
        Montgomery, Alabama, 36103
        334-263-7733 (voice)
        334-263-7733 (fax)
        J-Lewis@JayLewisLaw.com
        ASB-2014-E66J

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the _8th_ day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

R. Mitchell Alton, III
Harry A. Lyles
ALDOT
1409 Coliseum Blvd.
Montgomery, AL 36110

        /s/ JAY LEWIS
        Jay Lewis
        Attorney for Plaintiff
        Law Offices of Jay Lewis, LLC
        P.O. Box 5059
        Montgomery, Alabama, 36103
        334-263-7733 (voice)
        334-263-7733 (fax)
        J-Lewis@JayLewisLaw.com
        ASB-2014-E66J