IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE D. BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-278-MEF |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Upon consideration of the Plaintiff's Motion to Amend Complaint (Doc. #14), filed June 8, 2006, it is hereby

ORDERED that the motion is GRANTED. The Plaintiff shall have until June 23, 2006 to file an amended complaint. It is further ORDERED that in accordance with this order, the Defendants' Motion to Dismiss (Doc. #8) is DENIED AS MOOT.

Done this the 19th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE