IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE BUTLER,, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | )   CASE NO. 2:06-cv-00278-MEF-CSC |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE
## DISPOSITIVE MOTIONS

    Defendants Alabama Department of Transportation, Joe McInnes, Mark T. Waits, and Patrick Todd Jackson hereby move this Court for a three-day extension of the deadline for filing dispositive motions in this case and show unto the Court as follows:

    1.    Defendants' counsel, Harry A. Lyles, has suffered a back injury and is out of the office.

    2.    Defendant's undersigned counsel has consulted with counsel for Plaintiff, who has indicated that he has no objection to this motion.

    3.    All other deadlines in this matter are to remain as set out in this Court's Uniform Scheduling Order of August 4, 2006 (Doc. No. 21).

    4.    No party shall be prejudiced as a result of this extension.

    RESPECTFULLY SUBMITTED
    TROY KING
    ATTORNEY GENERAL

    s/ Harry A. Lyles
    Jim R. Ippolito, Jr. (IPP001)
    Assistant Attorney General
    Chief Counsel

                                          R. Mitchell Alton, III (ALT003)
                                          Harry A. Lyles (LYL001)
                                          Assistant Attorneys General
                                          Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
altonm@dot.state.al.us

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ALVERENE BUTLER,,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| **v.** | ) |
| | )   **CASE NO. 2:06-cv-00278-MEF-CSC** |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Jay Lewis, Esq.
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103-5059
ATTORNEY FOR PLAINTIFF

                                                                                     s/ Harry A. Lyles
                                                                                     Harry A. Lyles (LYL001)
                                                                                      Assistant Attorney General
                                                                                      Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
altonm@dot.state.al.us