## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| ALVERENE BUTLER,, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:06-cv-00278-MEF-CSC |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' EVIDENTIARY MATERIALS IN SUPPORT
### OF SUMMARY JUDGMENT

Defendants Alabama Department of Transportation, Joe McInnes, Mark T. Waits, and Patrick T. Jackson hereby file with this Court their Evidentiary Materials in Support of Summary Judgment. Defendants file contemporaneously herewith their Motion for Summary Support of Summary Judgment and Memorandum Brief in Support of Summary Judgment.

**EXHIBIT:**

- **A.** Deposition of Alverene Butler
- **B.** Deposition of Mark Waits
- **C.** Deposition of Karen Stacey
- **D.** Deposition of Todd Jackson
- **E.** Form 4- Provisional Appointment form dated June 23, 1994
- **F.** Notice of Permanent Status
- **G.** Departmental Appointment Notification dated January 7, 1994
- **H.** Correspondence of October 8, 2004, to Tommy Flowers from L. Daniel Morris
- **I.** Alabama Uniform Traffic Accident Report (#00789)
- **J.** Correspondence of November 8, 2005 from Lucy H. Holcombe to Alverene Butler

**K.**   Correspondence of August 31, 2005 from Jacqueline J. Lohman to Alverene Butler

**L.**   Application for Retirement

**M.**   Report of Disability, Part II Applicant Authorization

**N.**   Report of Disability, Part I Statement By Examining Physician

**O.**   Employee's Retirement System of Alabama; Report of the Medical Board dated November 1, 2005.

**P.**   Grievance Hearing Result-Docket Number 876; Complainant Alverene Butler

**Q.**   Letter of Reprimand dated April 13, 2005 to Alverene Butler from Patrick Todd Jackson

**R.**   Letter of December 30, 2004, to Congressman Terry Everett from L. Daniel Morris, Jr.

**S.**   Affidavit of Steve Dukes

**T.**   Affidavit of Mark T. Waits

**U.**   Investigative Determination, Docket No. <u>REY 954</u>

**V.**   Order of Dismissal-Docket Number 954

**W.**   Violence Workplace Report dated October 5, 2005

**X.**   Memorandum of August 29, 2005, from Mark Waits to Todd Jackson, "RE: Leave Approval/Disapproval Procedures" and attachments

**Y.**   Memo of August 29, 2005, from Todd Jackson to "Project Personnel" and attachments

**Z.**   Leave Accrual Correction Form

**AA.**  Charge of Discrimination, Charge No. 130-2005-04330

**BB.**  Dismissal and Notice of Rights, Charge No. 130-2005-04330

**CC.**   Charge of Discrimination, Charge No. 130-2005-05221

**DD.**   Dismissal and Notice of Rights, Charge No. 130-2005-05221

          RESPECTFULLY SUBMITTED
          TROY KING
          ATTORNEY GENERAL

          s/ Harry A. Lyles
          Jim R. Ippolito, Jr. (IPP001)
          Assistant Attorney General
          Chief Counsel

          Harry A. Lyles (LYL001)
          R. Mitchell Alton, III (ALT003)
          Assistant Attorneys General
          Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
lylesh@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE BUTLER,, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:06-cv-00278-MEF-CSC |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 29, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Jay Lewis, Esq.
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103-5059
ATTORNEY FOR PLAINTIFF


                                          s/ Harry A. Lyles
                                          Harry A. Lyles (LYL001)
                                          Assistant Attorney General
                                          Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
lylesh@dot.state.al.us