Form 4 - Revised 1987

STATE OF ALABAMA — PERSONNEL DEPARTMENT
PROVISIONAL APPOINTMENT

02 B1

| 1. Department | 2. Division | | 3. County | 4. Position No. |
|---|---|---|---|---|
| Transportation | 012 | Sixth    006 | Montgomery | 1806436 |
| 5. Class Title/Code | | 6. Class Option Title/Code | 7. Salary | 8. Effective Date |
| Engineering Assistant I | | 20111 | $533.60 | 7-11-94 |

9. Employment Type: 1. (X) Permanent   2. ( ) Temporary   3. ( ) Part-time, Permanent   4. ( ) Part-time Temporary   5. ( ) Conditional

| 10. Sex Requirement | 11. Age Restriction | 12. Date Position Vacated |
|---|---|---|
| None | None | |

| 13. Social Security Number | 14. Full Name of Appointee | |
|---|---|---|
| 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 | Alverene D. Butler | APPROVED |
| 15. Name of Previous Incumbent | 16. Reason for Leaving Position. | |

17. Describe the exact nature of the work to be performed by appointee.

This employee will communicate with supervisor, coworkers, and contractors. Draws/plots/traces cross-sections, drainage sections, and elevations. Calculate quantities. Enters data keeping records for future reference on concrete and asphalt. Attends safety meetings and training sessions. Operates equipment. Performs related duties as required.

GHRS
APPROVED _____ 7/14/94
APPROVED _____ 7/12/94

APPROVED _____
Charles H. McPherson
Division Engineer

**IMPORTANT**

Submit this form in duplicate BEFORE the proposed appointee begins work. Both sides must be completely filled out.

A provisional appointment is approved only until an appropriate eligible register is established.

The law forbids successive provisional appointments of the same individual.

A provisional appointment does not confer on the appointee any status as a permanent employee. A separate application for examination must be filed by the appointee to compete for regular appointment.

18. Certificate of Appointing Authority: I certify that to the best of my knowledge and belief the proposed appointee is fully qualified by training and experience, to perform the duties of this position. I understand the conditions under which provisional appointments are made and certify that the need for filling this position is so urgent that it cannot await the establishment of an appropriate eligible register.

Signed _____  Date 6-23-94
          Appointing Authority

19. Approved: Verbal approval from SPD        6-30-94
    Signed (S) Haleyon V. Ballard            Date 7-28-94
           Personnel Director

20. Disapproved, for the following reasons:

Signed _____  Date _____

| ACTION | SEX | RACE | CO RES | EDU | VP | DEPT | DIV | EMP TYPE | CO EMP | PART TIME | HOW PAID | RANGE DIFF | EMP SUB | ANNUAL RAISE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DEFENDANT'S EXHIBIT

(1)

## STATEMENT – PERSON RECOMMENDED FOR PROVISIONAL APPOINTMENT

**Name of Employee:** Alverene D. Butler
**Social Security No.:** 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
**Marital Status:** (X) Divorced

**Date of Birth:** 10/03/56
**Sex:** (X) Female
**Race:** (X) Black

**Address:** 3600 Farrar St.
**City:** Montgomery  **County:** Montgomery  **State:** [blank]  **Zip Code:** 36105

**Legal Residence:** Montgomery County, AL
**Tele. Home:** 241-7077  **Office:** N/A

**Education:** High School Graduate or GED (X) Yes

**Schools Attended:**

| Name | Address | From Mo./Yr. | To Mo./Yr. | Did You Graduate? | Major | Degree and Date |
|---|---|---|---|---|---|---|
| Riley College | Southern Blvd. | | | No | Computer Clerical | |

### REFERENCES

| Name | Address | Occupation |
|---|---|---|
| Rebecca Bassett | Southlawn Estates | Secretary |
| Pat Edwards | 362 Delano Ave. | Food Mgr. (Amer. Pie) |
| Dr. Willie Poer | Montg. Community Action | Pastor |

Do you have any physical handicaps or health problems that would keep you from doing the kind of work for which you are making application? (X) No

Have you ever been involuntarily terminated or forced to resign from a position? (X) No

Have you ever been convicted of a law violation, including any DUI convictions? (X) No

### Employment

**1. Current or Last Employer:** Dept. of Transportation
**Your Official Job Title:** Clerical Aide
**Type of Business:** State of Alabama
**From:** 01/94  **To:** 06/94  **Total Months:** 5
**Beginning Salary:** $359.80 per B/W
**Ending Salary:** $359.80 per B/W
**May we contact employer?** (X) Yes
**Equipment you Operated:** Zenith Data Base, Word Perfect - DW5 - Laser printer
**Reason for Leaving:** Job was temporary
**Duties:** Responsible for helping with the monthly material receipts - billing. Also, filing and other misc. office duties.

**2. Employer:** Augat Wiring Systems
**Your Official Job Title:** Plugger
**Address:** Gunter Industry Park
**Type of Business:** Factory for making wires
**From:** 09/93  **To:** 01/94
**Beginning Salary:** $4.25 per hr
**Ending Salary:** $4.50 per hr
**Number/Title of Employees Supervised:** N/A
**Reason for Leaving:** Got a better job
**Duties:** Plugging wires or putting together wires for the lighting systems for the 1995 Mustang.

**Date:** 6/16/94
**Signed:** Alverene D. Butler

**IMPORTANT:** The statement you have filled out is not an application for examination. If you wish to compete for permanent appointment you will have to file your application for

(2)