```
                    S T A T E  O F  A L A B A M A
                        PERSONNEL DEPARTMENT
                         PERMANENT STATUS

EFFECTIVE DATE: 03/27/1999

SSAN: 418828446        NAME: ALVERENE BUTLER

AGENCY: 012            ORG: 0060

TITLE: 20116   ENGINEERING ASSISTANT


PROVISIONAL EMPLOYEE GIVEN PERMANENT STATUS DUE TO DEPARTMENT

OF TRANSPORTATION COURT ORDER.
```

DEFENDANT'S EXHIBIT F