Form 5 - 4/93

APPROVED CHRS 1/14/94
APPROVED 1/18/94

# STATE OF ALABAMA
## PERSONNEL DEPARTMENT
### DEPARTMENTAL APPOINTMENT NOTIFICATION

01/10/1                                    co po attr

| | |
|---|---|
| 1. Full Name of Appointee<br>BUTLER, Alverne | 2. Social Security Number<br>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 |
| 3. Agency/Code  0 1 2<br>Transportation | 4. Organization/Code  0 3 5 0<br>Computer Services |
| 5. Class Title/Code  1 0 1 0 3<br>Clerical Aide | 6. Class Option Title/Code |
| 7. Position No<br>1739503 | 8. County of Employment/Code  5 1<br>Montgomery |
| 9. Salary Rate  359.80   Grade  28   Step  8 | 10. Effective Date<br>01/10/94 |

11. Employment Type:  1. ( ) Permanent Full-time   2. (X) Temporary Full-time   3. ( ) Part-Time Permanent   4. ( ) Part-Time Temporary
    5. ( ) Conditional    If part-time, indicate percentage of time worked _____

APPROVED

12. Shift Work:  1. (X) First Shift   2. ( ) 2nd Shift   3. ( ) 3rd Shift

| 13. Date Position Vacated | 14. Sex/Code  2<br>Female | 15. Race/Code  2<br>Black |
|---|---|---|

### IMPORTANT
Submit this form BEFORE the appointee begins work. Application must be attached to this form.

16. Certificate of Appointing Authority: I certify that to the best of my knowledge and belief the proposed appointee is fully qualified to perform the duties of this position.

Signed _____ /s/ Bryn Roberts _____     Date January 7, 1994
       Appointing Authority

17. Approved:

Signed _____     Date _____
       Personnel Director

| ACTION/REASON | EEO FLAG | EMPLOYMENT TYPE | PAY CLASS | DIFFERENTIAL STEP | ANNUAL RAISE DATE | PROB END DATE |
|---|---|---|---|---|---|---|
| | | | | | | |



DEFENDANT'S EXHIBIT C