REV. 1/91

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Accident No. **00789**

Shaded Areas To Be Used By Data Processing Only | Sheet 1 of 1 Sheet(s) | Microfilm No. | Local Case No.

## LOCATION AND TIME

Date: 01 / 31 / 2005 (Month / Day / Year)
Time: 1315 PM
Day of Week: S M T W TH F SA
County: 03
City: Montgomery

On Street, Road or Highway: South Blvd
At Intersection of or Between (Node 1): Davenport Dr
And (Node 2): Eisenhower Dr

Street or Road Code: 5006 / 4661
Node Code: 95
Node: 5010.0
From 1 or 2 (Circle One)

Intersection Related: 1 - Node 1, 2 - Node 2, Not Int. Related
Mile Post: N/P
Control Access Hwy: 1 - Main Rd, 2 - Frontage Rd, 3 - Interchange, 4 - Entrance Ramp, 5 - Exit Ramp, N/A
Prime Contr Circuit: 21
Prime Contr Unit No: 1

Highway Classification: I - Interstate, S - State, M - Municipal, F - Federal, C - County, P - Private Prop., O - Other
Local Zone: 10

First Harmful Event: 20
Event Location: 1
Distance to Fixed Object: N/A FT.

## UNIT NO. 1

**DRIVER**

Driver Full Name: Karen B. Stacey
Street Address: 2191 Marshall Rd
City and State: Wetumpka, AL
ZIP: 36093
Telephone No.: 850-9405

DOB: 04 / 20 / 1960 (Month / Day / Year)
Race: W  Sex: F  DL State: AL
Driver License No.: 3940895
DL Class: D M
DL Status: C
List Restrictions Not Complied With:
COL Status: N
List Endorsements Not Complied With:
Residence Less Than 25 Miles: Yes / No

Place of Employment: State of AL
Liability Insurance Co.: Self Ins
Social Security No.: Unk

Driver Condition: 1 - No Defect, 2 - Apparently Asleep, 3 - Fatigued, 4 - Ill, 8 - Other, 9 - Unknown
Sobriety / Officer's Opinion: Alcohol Yes/No/Unk, Drugs Yes/No/Unk
Type Test Given: No Test — 1 - Blood Test, 2 - Breath Test, 3 - Urine Test, 4 - Unable to Administer
Refused Test: NA
Test Result: NA

**UNIT 1 / VEHICLE**

Maneuver: 14
Travel Road Name: South Blvd
Road Code: 5006
Travel Direction: N E S W A-Not on Rd U-Unk
Other Contrib Circumstance: 97
Prime Harm Event: 20
Event Loc: 1

Veh Year: 2003  Make: Ford  Model: Van
V.I.N.: 1FTYR44V53PB11600
License Tag Number: 4308A
State: AL
Year: N

Owner's Name: State of AL
Street or R.F.D.: P.O. Box 309
City: Mont
State: AL  ZIP: 36110

Type: 3 - Pick Up (circled)
[Type codes: 1-Auto, 2-StaWagon, 3-Pick Up, 4-Van, 5-Truck Tractor, 6-Other Truck, 7-Comm. Bus, 8-School Bus, 9-Other Bus, 10-Motorcycle, 11-Moped, 12-M. Scooter, 13-Pedal Cycle, 14-Farm Mach., 15-Train, 16-Road Equip., 17-Ridden Animal, 18-M. Home (R.V.), 19-ATV, 98-Other]

Usage: 1 - Personal (circled)
[Usage: 1-Personal, 2-Driver Trng., 3-Construction, 4-Ambulance/Paramedical, 5-Military, 6-Taxi, 7-Transport Prop., 8-Agriculture, 9-Wrecker/Tow, 10-Police, 11-Other Business, 12-Bus/Pass. Transport, 13-Fire Fighting, 98-Other (circled)]

Hazardous Cargo: 1 - None (circled)
Attachment: 1 - None (circled)
Contributing Defect: 97 - None (circled)
Circle areas Damaged On Diagram

Speed Limit: 55 MPH  Est. Speed: 10-15 MPH
Citation/Offense Charged: None
Damage Severity: 2 - Not Disabled
Vehicle Towed Away?: No
Occupants in Unit: 2
Enter Point of Initial Impact: L

Vehicle Towed By Whom: N/A  To Where: N/A

## UNIT NO. 2

**DRIVER**

Driver/Pedestrian Full Name: Nathaniel Smiley
Street Address: 4110 Clovis Dr
City and State: Mont, AL
ZIP: 36105
Telephone No.: 288-273

DOB: 12 / 27 / 1925 (Month / Day / Year)
Race: B  Sex: M  DL State: AL
Driver License No.: 1500027
DL Class: D M
DL Status: C
List Restrictions Not Complied With:
COL Status: N
List Endorsements Not Complied With:
Residence Less Than 25 Miles:

Place of Employment: Retired
Liability Insurance: Allstate
Social Security No.: 423-34-44

Driver/Ped Condition: 1 - No Defect, 2 - Apparently Asleep, 3 - Fatigued, 4 - Ill, 8 - Other, 9 - Unknown
Sobriety / Officer's Opinion: Alcohol Yes/No/Unk, Drugs Yes/No/Unk
Type Test Given: No Test — 1 - Blood Test, 2 - Breath Test, 3 - Urine Test, 4 - Unable to Administer
Refused Test / Test Result: NA

**VEHICLE / OR PEDESTRIAN**

Maneuver: 01
Travel Road Name: South Blvd
Road Code: 5006
Travel Direction: N E S W A-Not on Rd U-Unk
Other Contrib Circumstance: 97
Prime Harm Event: 20
Event Loc: 1

Veh Year: 2002  Make: Ford  Model: Tau  Body: V.I.N.: 1FAFP53U92G136578
License Tag Number: 3B1051C
State: AL
Year: 2

Owner's Name: Same
Street or R.F.D.: City: State: ZIP:

Type: 1 - Auto (circled)
[Type codes: 1-Auto, 2-StaWagen, 3-Pick Up, 4-Van, 5-Truck Tractor, 6-Other Truck, 7-Comm. Bus, 8-School Bus, 9-Other Bus, 10-Motorcycle, 11-Moped, 12-M. Scooter, 13-Pedal Cycle, 14-Farm Mach., 15-Train, 16-Road Equip., 17-Ridden Animal, 18-M. Home (R.V.), 19-ATV, 98-Other]

Usage: 1 - Personal (circled)
Hazardous Cargo: 1 - None (circled)
Attachment: 1 - None (circled)
Contributing Defect: 97 - None (circled)
Circle areas Damaged On Diagram

Speed Limit: 55 MPH  Est. Speed: 0
Citation/Offense Charged: None
Damage Severity: 2 - Not Disabled
Vehicle Towed Away?: No
Occupants in Unit: 2
Enter Point of Initial Impact: 8

Vehicle Towed By Whom: N/A  To Where: N/A

## CODES

**Contributing Circumstances:**
01 - Improper Passing
02 - Improper Lane Change/Usage
03 - Improper Turn/U-Turn
04 - Following Too Close
05 - Misjudge Stopping Dist
06 - Over Speed Limit
07 - Avoid Object/Person/Veh
08 - Unseen Object/Person/Veh
09 - Improper Backing
10 - Inop Traffic Control
11 - Disregard Sig. Signal
12 - Fail to Heed Sign/Signal
13 - Improper Parking/Standing
14 - Road Defect
15 - Vision Obstruction
16 - Defective Equipment
17 - DUI
18 - Under Min Speed
19 - Improper Load/Size
20 - Improper Attachment
21 - Under Drug Influence
22 - Fail to Yield Right-of-Way
23 - Driver Condition
24 - Veh Pushed/Towed by Veh
25 - Veh Pushed by Person
26 - Veh Left Road
27 - Driver Not in Control
28 - Load Shift
29 - Parts/Cargo from Veh
30 - Improper Signal
97 - None
98 - Other

**Driver Maneuver:**
01 - Go Straight Ahead
02 - Turn Left
03 - Fill in 1-Way Street
04 - Go on Right
05 - Go Straight - Left Turn Lane
06 - Change Lanes - Left
07 - Change Lanes - Right
08 - Under Influence
09 - Stopped in Road
10 - Avoid Object in Road
11 - Wrong Side of Road
12 - Wrong Way - 1-Way
13 - Right Turn
14 - Left Turn
15 - U-Turn
16 - Stop from Pkg
17 - Stop in Traffic
18 - Slowing/Stopping
19 - Stopped in Road
80 - Ped/Cyc Ride with Traffic in Road
81 - Backing
82 - Parked - Illegally
83 - Parked Legally

DEFENDANT'S EXHIBIT
I

FEB-02-2005  08:19    MONTGOMERY PD    334 241 2333    P.02/02

## SEATING

| Other Involved Unit (Circle One) | Other Involved Unit (Circle One) | CODES |
| --- | --- | --- |
| Unit 1 — 1 / 24 / 24 / 10 | Unit 2 — 2 / 24 / 24 / 10 | **SAFETY EQUIPMENT** |

**Other Involved Unit (Circle One)**
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment

**SAFETY EQUIPMENT CODES**
01 - Not Installed
95 - Not Applicable
99 - Unknown (Any Type)
Lap Belt Only
11 - Installed
12 - Not Installed
Lap/Shoulder Harness
21 - Up Only Used
22 - Mobile Used
23 - Shoulder Only Used
24 - Belt Used
Motorcycle Helmet
31 - Not Used
32 - Used
Air Bag
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed Belts Not Used
44 - Not Deployed, Belts Not Used
Child Restraint
81 - Child Restraint Used
82 - Other Restraint Used
83 - None Used
Ped/Cycle/Pedestrian
95 - Contrasting Clothing
92 - Non-contrasting Clothing

## VICTIMS — N/A

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |
| Taken To | | Taken By | | | | | | |
| Name | Address | | | | | | | |
| Taken To | | Taken By | | | | | | |

## CODES

**Injury Type**
K - Killed
B - Bruise/Abrasion/Swelling
A - Visible or Carried from Scene
C - Not Visible—Has Pain/Faint

**Ejected**
N - Not
F - Fully
P - Partially
1 - Trapped
2 - Unknown
A - Not Applicable

**First Aid By**
A - Ambulance Attended
Q - Doctor
M - Paramedic
O - Other
P - Police
U - Unknown
N - None

## NARRATIVE AND DIAGRAM



Enter

Taco Bell

N↑
Eisenhower Dr
South Blvd
Davenport Dr
Not To Scale

**Officer's Opinion of What Happened:** Driver (1) stated she began to make a left turn when it appeared to be clear to do so. After she committed to turning, Unit (2) pulled out from the Enter lot. Unit (1) attempted to stop but collided with Unit (2).

## ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

Unit 1 — N/A — 1
Unit 2 — N/A — 2

**Contributing Road Defects**
0 - None
1 - Shoulders Low
2 - Shoulders High
3 - Holes, Bumps, Etc.
8 - Other

**Surface Construction**
1 - Asphalt
2 - Concrete
3 - Brick
4 - Unpaved
8 - Other

**Condition**
1 - Dry
2 - Wet
3 - Icy
4 - Snowy/Slushy
5 - Muddy
8 - Other

**Accident In Or Related To Road Construction Zone?**
Yes / No

**Material In Roadway (Contributing)**
0 - None
1 - Mud
2 - Rocks
3 - Trees/Limbs
4 - Dirt
5 - Gravel
6 - Oil/Petrol
8 - Other

**Material Source**
1 - Not Applicable
2 - Natural Environment
3 - Dropped From Vehicle
4 - Already in Road, But Fell From Vehicle
8 - Other
9 - Unknown

**Character**
1 - Straight—Level
2 - Straight—Down Grade
3 - Straight—Up Grade
4 - Straight—Hillcrest
5 - Curve—Level
6 - Curve—Down Grade
7 - Curve—Up Grade
8 - Curve—Hillcrest

**Vision Obscured By:**
0 - Not Obscured
1 - Buildings
2 - Signboard
3 - Trees, Crops, Bushes
4 - Blowing Snow/Sand
5 - Hillcrest
6 - Curve in Road
7 - Fog
8 - Parked Vehicle
9 - Moving Vehicle(s)
10 - Blinded by Sunlight
11 - Fire/Smoke
12 - Dust
13 - Blinded by Headlights
14 - Embankment
15 - Rain on Windshield
16 - Snow on Windshield
98 - Other
99 - Unknown

**Traffic Control**
1 - Police Officer
2 - R.R. Crossing Gates
3 - R.R. Flashing Lights
4 - R.R. Cross Bucks/Pave. Mark
5 - Pedestrian Control
6 - Traffic Signal
7 - Flashing Beacon
8 - Stop Sign
9 - Yield Sign
10 - Lane Control Device
11 - Flagger
12 - No Passing Zone
97 - None
98 - Other

Traffic Control Functioning: Yes / No — N/A
DOT Railroad Crossing No — N/A

**Opposing Lanes Separated By:**
97 - None
1 - Paved Surface
2 - Unpaved Surface
3 - Broken Painted Line
4 - Solid Painted Line
5 - Concrete Barrier
6 - Metal Guard Rail
7 - Fence
98 - Other Barrier

**Trafficway Lanes**
1 - One Lane
2 - Two Lanes
3 - Three Lanes
4 - Four Lanes
5 - Five Lanes
6 - Six Lanes or More

**One-Way Street**
Yes / No

## INVESTIGATION

**Light:** Daylight (circled) | 2 - Dawn | 3 - Dusk | 4 - Darkness—Road Not Lit | 5 - Darkness—Road Lit

**Weather:** 1 - Clear | 2 - Cloudy (circled) | 3 - Rain | 4 - Snow | 5 - Sleet/Hail | 6 - Crosswind | 7 - Fog | 8 - Other

**Locale:** 1 - Open Country | 2 - Residential | 3 - Shop'g or Business (circled) | 4 - Mfg. or Industrial | 5 - School | 6 - Playground | 8 - Other

**Non-Vehicular Property Damage:** 1 - None Visible | 2 - Light | 3 - Moderate | 4 - Severe

**Property Damage Description:** Description: / Owner: N/A

| Time Police Notified | AM/PM | Time Police Arrived | AM/PM | Time EMS Arrived | AM/PM | Name of Photographer |
| --- | --- | --- | --- | --- | --- | --- |
| 1317 | PM | 1318 | PM | N/A | | N/A |

Address: 

Witness Full Name: N/A    Address:    Telephone:
Witness Full Name: N/A    Address:    Telephone:

Name of Investigating Officer: Cpl. R.A. Bradley    Officer ID: 081    Agency ORI: 0030100    Supervisor
Name of Other Investigating Officer(s) at Scene: N/A    Officer ID:    Agency ORI:

The data on this report reflects my own personal opinion and that covering the accident, but no warrant is made as to the factual accuracy thereof.    Date: 01.31.20