Sent by: DOT ACCOUNTS & FINANCE    3348329022;    11/14/05  ·8AM;#365;    Page 1/1
To:  DIV.6                        At:  2632500



# Retirement Systems of Alabama



David G. Bronner, CEO
Marcus H. Reynolds, Jr., Deputy

November 8, 2005

Teachers'
Paul R. Hubbart, Chair
Sarah Swindle, Vice Chair

Employees'
State  State Police  Public  Judicial
Bob Riley, Chair
John H. Wilkerson, Jr., Vice Chair

Ms. Alverene Butler
2137 Beverly Drive
Montgomery, AL  36111                    E-287608

Dear Ms. Butler:

Your application for disability retirement was approved by our Medical Board.

The effective date of your retirement will be January 1, 2006.  Your first check will be mailed January 31, 2006.

Sincerely,

Lucy H. Holcombe
Retirement Counselor

LHH/chm

cc: Personnel Division
    Department of Transportation

    File

(Mailing Address) P.O. Box 302150 • Montgomery, AL 36130-2150
(Office Location) 135 South Union Street • Montgomery, AL 36104-0001
(334) 832-4140 or (800) 214-2158
Web site: www.rsa.state.al.us



DEFENDANT'S
EXHIBIT

J