August 31, 2005

Ms. Alverene Butler
2137 Beverly Drive
Montgomery, AL  36111

E-287608

Dear Ms. Butler :

    This will acknowledge receipt of your request of a recent date.

    In order to be eligible for disability retirement benefits, you must submit a Form 10, Application for Retirement, along with a Physician's Report of Disability to the Employees' Retirement System while in service.  For the purpose of applying for disability retirement, a member may be considered in service while on official leave of absence for up to two (2) years.

    Our law provides for the payment of disability benefits only after our Medical Board certifies that such member is mentally or physically incapacitated for the further performance of duty and that such incapacity is likely to be permanent and that such member should be retired.

    If you wish to apply for disability retirement, the enclosed forms must be completed and returned to this office.

    If you have any questions concerning the above information, please contact this office.

                    Sincerely,

                    Jacqueline J. Lohman
                    Retirement Benefits Analyst

JJL

Enclosure

cc:  File



DEFENDANT'S EXHIBIT K