Sent by: DOT ACCOUNTS & FINANCE        3348329022;        11/08/05  2:20PM;#279;        Page 2/3

ERS Form 10 (6/03)

# APPLICATION FOR RETIREMENT
## EMPLOYEES' RETIREMENT SYSTEM OF ALABAMA

135 South Union Street
Post Office Box 302150
Montgomery, Alabama 36130
(334) 832-4140 or 1-800-214-2158

**MEMBER INFORMATION**

Name: Alverene Dixon Butler
Soc. Sec. No.: 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
Home Address: 2137 Beverly Drive
Montgomery, AL 36111
Date of Birth: 10-03-1956
Home Phone: (334) 613-1841
Employer: Alabama Department of Transportation
Work Phone: (334) 215-3332

Type of Retirement (Check One): ☐ Service   ☑ Disability (Report of Disability form must also be submitted.)

Date of Retirement (This date is always the first of a month.): Jan. 1, 2006

Name of bank/financial institution to which retirement benefit is to be deposited: The Guardian
(The properly completed Direct Deposit Authorization form must be submitted to the ERS to authorize remittance to the bank/financial institution.)

**Beneficiary Designation**

The beneficiary whom I should like to receive any benefit due at my death: Alvin Curtis Butler
Relationship to me: Son
Date of Birth: 1-12-1988
Soc. Sec. No.: 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

In the event the designated beneficiary listed above is different from that listed on my active account, I desire the change to be effective (Check One):

☑ Upon the duly executed completion of this application filed through the ERS with the Board of Control.
☐ On the date my retirement benefit becomes due and payable.

Complete only if employing agency allows conversion of sick leave days to retirement credit.

☐ I wish to have accrued unused sick leave days converted to retirement service credit.
☑ I wish to receive a lump sum payment for my unused sick leave in lieu of retirement service credit.

**Member Authorization**

Signature of Applicant: Alverene D. Butler
Date: 11-02-05

STATE OF Alabama, COUNTY OF Montgomery
On this 2nd day of November, 2005, personally appeared before me, the above named individual and made oath that the statements made are true.

Notary: [signature]
My Commission Expires: 8/23/09

**EMPLOYER CERTIFICATION**

Last date of compensated employment: December 30, 2005

Note: No contributions should be made on lump sum leave pay.

List additional contributions, if any, with date of deductions (i.e. extra pay period, overtime, etc.) _____

Indicate and explain any periods in which deductions were not made (i.e. leave without pay, etc.) LWOP due 9/1/05, 9/2/05, 10/28/05

Total accrued and unused sick leave days at date of retirement for which no lump sum payment will be made _____

Job Classification: Engineering Asst. II / III
Signature of Representative of Employing Agency: Cheri Folmar

Please project and certify amount of deductions for the last 4 months for which contributions will be submitted:

| Month | Amount | Month | Amount |
|---|---|---|---|
| Oct | 97.44 | Apr | |
| Nov | 99.94 | May | |
| Dec | 124.92 | Jun | |
| Jan | | Jul | |
| Feb | | Aug | |
| Mar | | Sep | 141.38 |

DEFENDANT'S EXHIBIT L