5100410028 02 003 ~ 510041002802   003

PRD (12/03)

# REPORT OF DISABILITY
## PART II: APPLICANT AUTHORIZATION

Retirement Systems of Alabama
P. O. Box 302150 • Montgomery, Alabama 36130-2150
(334) 832-4140 or 1-800-214-2158
www.rsa.state.al.us

**Check One:**
☐ ERS
☐ TRS

Member Name: _Alverene D. Butler_

Soc. Sec. No.: _418_ - _82_ - _8446_          Date: _9_ - _20_ - _05_
                                                    Month  Day  Year

Physician's Name: _Dr. Albert Lester_

Address: _3091 Gaston Ave, Suite B_
                              (Street or P. O. Box)

_Montgomery,_                    _AL_          _36105_
        (City)                   (State)        (Zip + 4)

## Authorization for Release of Information

I am applying for (check one)

✓ disability benefits from the Retirement Systems of Alabama
☐ an annual disability review
☐ early termination of DROP

I am required to obtain medical information to support my claim for benefits from my treating physician. This information will be provided to the RSA Medical Board members for the purpose of determining my eligibility for benefits. Therefore, I hereby authorize the release of my medical records to the RSA. Please mail the records directly to the RSA at the above address.

Signature of Applicant: _Alverene D. Butler_

Address: _2137 Beverly Dr._
                      (Street or P. O. Box)

_Montgomery,_                    _AL_          _36111_
        (City)                   (State)        (Zip + 4)

DEFENDANT'S EXHIBIT

M