5100410028 02 001 - 510041002802  001

PRD (1/04)

# REPORT OF DISABILITY
## PART I: STATEMENT BY EXAMINING PHYSICIAN

Retirement Systems of Alabama
P. O. Box 302150 • Montgomery, Alabama 36130-2150
(334) 832-4140 or 1-800-214-2158
www.rsa.state.al.us

**Check One:**
☐ ERS
☐ TRS

Name of Member: _Alverene D. Butler_    Soc. Sec. No.: _418_ . _82_ . _8446_

Address: _2137 Beverly Dr_    Sex: _F_  Date of Birth: _10-03-56_
(Street or P. O. Box)

_Montgomery,_   _AL_   _36111_    Blood Pressure _130/90_  Height _4' 11"_
(City)        (State)      (Zip + 4)

Job Classification _Engineering Asst - II/III_    Urinalysis _Negative_  Weight _146_

This is to certify that the above named person has been under my professional care since _4 - 20 - 1985_ and was last examined on

_9 - 12 - 05_  *Medical examination must be conducted within four (4) months prior to the effective date of retirement.*
Month  Day  Year

Please list this patient's job requirements as described to you: _Patient states her job requirements are to inspect the contractors works for the Alabama Department of transportation. To insure, on behalf of the state, the quality of construction of bridges and highways based on the specifications for state guideline and procedures. Testing concrete, soil, asphalt and other materials used in construction of Alabama roads, bridges and highways._

In your professional opinion, by reason of the described condition, is the named applicant totally incapacitated for further performance of his/her duty?

If yes, list in detail the pathophysiologic diagnoses with supporting evidence for the diagnoses that cause the disability:
_Chronic Back Pain 2° MVA_
_Neck Pain 2° to MVA_
_abnormal MRI Lumbar Spine_
_Chronic Shoulder pain_
_HTN, Fibromyalgia_

In your professional opinion, is the named applicant's disability permanent? _Yes_

List the objective findings that render the applicant permanently incapacitated to perform the normal functions of his/her duty:
_This patient should not do any heavy lifting, no prolonged standing, bending, climbing, reaching, kneeling, squatting, crawling, pulling or pushing. Ms. Butler exhibits severe back pain, Migraine headaches, anxiety disorder, Fibromyalgia and HTN._

Continued on Back

DEFENDANT'S
EXHIBIT

N

5100410028 02 002 - 510041002802   002

Please list the patient's restrictions and reason for restrictions: *Ms. Butler's restrictions are no heavy lifting, prolonged standing, bending, climbing, reaching, kneeling, squatting, crawling, pulling or pushing.*

In your opinion, are there reasonable accommodations that could be made by the patient's employer to allow this patient to continue his/her employment? *No reasonable accommodations.*

Remarks and/or records that clarify or support your diagnoses and findings: *Abnormal MRI of shoulder*

*Abnormal MRI of lumbar spine.*

*This application will not be processed until the form is completed in full and bears physician's signature.*

Any person who makes a false statement or falsifies a record in any attempt to defraud the Retirement Systems shall be guilty of a misdemeanor, and upon conviction, be punished by a fine up to $500.00 and/or imprisonment not to exceed one year.

Physician's signature: *Albert E. Lester, M.D., M.A*   Date Submitted: *9/23/05*

Physician's name (Type or Print): *Albert E. Lester, M.D., P.A.*

Address: *3091 Gaston Ave., Suite B*
(Street or P.O Box)   Phone No.: *(334) 262-0331*

*Montgomery*   *AL*   *36105*   Physician Specialty: *Internal Medicine*
(City)   (State)   (Zip + 4)

**Submit completed form to the Retirement Systems of Alabama.**