# ~~Teachers'~~ Employees' RETIREMENT SYSTEM OF ALABAMA
*Report of the Medical Board*

November 1, 2005

**To the Board of Trustees
Teachers' Retirement System of Alabama**

On  September 12, 2005  Ms.  Alverene D. Butler, 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
                    (Full Name & Social Security #)

a  Engineering Assistant II/III
              (Give title of position)

was examined by Dr.  Albert E. Lester, Montgomery
                    (Full name(s) in full)

and as a result of such examination the Medical Board respectfully reports as follows:

_____

_____

The Medical Board hereby certifies that because of the above described conditions, Ms.  Alverene D. Butler  ((Is)) (Is not) perm~~anently~~ physically or mentally incapacitated for the performance of duty and ((should)) (should not) be retired.

_____ M.D.
_____ M.D.
_____ M.D.

DEFENDANT'S EXHIBIT