


## ALABAMA DEPARTMENT OF TRANSPORTATION
SIXTH DIVISION
OFFICE OF THIRD DISTRICT ENGINEER
POST OFFICE BOX 3097
MONTGOMERY, ALABAMA 36109
TELEPHONE: (334) 242-6572
FAX: (334) 834-7941

*Joe McInnes*
*Transportation Director*

*Bob Riley*
*Governor*

April 13, 2005

Ms. Alverene Butler, EA II/III
Third District
Sixth Division
Alabama Department of Transportation

RE: Reprimand

Dear Ms. Butler,

Please consider yourself reprimanded for your actions on the morning of April 11, 2005 at the project office and on the project. You violated the following work rules:

670-x-19-.01 (d) Inattention to job-doing anything distracting on the job
(g) Disruptive conduct of any sort.

In a memo dated December 7, 2001, Mr. Waits defines cooperation with co-workers as "the extent to which an employee works with and does not hinder co-workers to ensure that work unit goals and directions are accomplished." I believe your actions hindered your co-workers.

When I talked to you on the afternoon of April 8, 2005, I told you that I was going to look into the events of January 31 and I told you it would take time and also asked you to give me a chance to investigate the matter and discuss this with Mr. Waits. I told you that I had not discussed this with anyone at the project office other than Ms. Stacey.

Your actions Monday morning (4/11/05) brought work to a complete halt. Not only were your co-workers unable to complete the work that they had been assigned; but I was unable to look into this matter because I had to return to the jobsite and make sure this work was accomplished. You were told by your co-workers they did not wish to talk about this matter with you, yet you persisted to such an extent that work was halted.

I consider your actions a serious violation of work rules. Your behavior stopped the recording of work performed by the contractor, and could have caused the contractor not to get paid for work that was being performed. I want you to understand that the reason for our positions with ALDOT is to record and inspect work being done by the contractor on a project, and any action that takes away from this will not be tolerated by me.



DEFENDANT'S EXHIBIT Q

Any further actions of this sort or any other interruptions of work caused by your behavior will lead me to ask for immediate suspension, pending a recommendation for dismissal from your position with this Department.

Sincerely,

Patrick T. Jackson

pc: Mr. Mark Waits
    Mr. Ed Phillips
    Ms. Terri Hilyer
    Mr. Doug Furlow