

# ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050

Telephone: 334/242-6311 - Fax No.: 334/262-8041



*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

December 30, 2004

The Honorable Terry Everett
House of Representatives
Congress of the United States
2312 Rayburn Building
Washington, DC 20515

RE:   Alverene Butler

Dear Congressman Everett:

Your letter concerning Alvarene Butler, one of your constituents, that you sent to Governor Riley on December 8, 2004 was referred by the Governor to Joe McInnes, the Director of the Department of Transportation, who forwarded it to me for a reply.

Enclosed is a copy of a finding of facts and recommendations by John T. Robertson, IV, Hearing Officer for the Department of Transportation's enhanced grievance procedure. I believe that it is self-explanatory.

I enclose a copy of a letter of October 8, 2004 that I sent to Mr. Tommy Flowers, the Director of the Alabama State Personnel Department, concerning Ms. Butler, which included a request that her performance appraisals be revised, and if she was entitled to a raise because of the revised scores, that the raise be given to her. As you may know, for the last two years raises have been frozen in the State of Alabama. You may also note that the Assistant Director for the State Personnel Department, Mrs. Jackie Graham, approved this request.

With respect to Ms. Butler's complaints about the Wiggins, Childs law firm which represents the Plaintiffs in the Reynolds class action, obviously there is nothing the Department of Transportation can do about that. I can assure you, however, that we are not in collusion with that law firm. I might also note that the amount of money paid out of the settlement, to which she refers, was determined

DEFENDANT'S EXHIBIT R

solely by the Plaintiffs' law firm, and the Alabama Department of Transportation, does not even know the amount that was paid to each plaintiff.

I have forwarded a copy of her letter to an attorney at the Wiggins, Childs law firm so that they may be aware of her complaints about the law firm.

I have reviewed the material concerning Ms. Butler from early on, and believe that she has been treated appropriately by the Department of Transportation, and that she is not entitled to anything more from the Department.

Sincerely,

L. Daniel Morris, Jr.
Assistant Transportation Director

LDMjr/jpm
Enclosures
cc:  Governor Bob Riley
     D. J. McInnes