IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE D. BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-00278-MEF-CSC |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.*, | ) |
| Defendants. | ) |

STATE OF ALABAMA   )
                   )
COUNTY OF MONTGOMERY )

### AFFIDAVIT OF STEVE DUKES

Before me, the undersigned Notary Public in and for the State of Alabama at large, this day personally appeared Steve Dukes, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

"1. My name is Steve Dukes. I am over the age of nineteen years and have personal knowledge of the facts set forth in this affidavit.

2. As a State Personnel Analyst III, I am currently assigned to the Transportation Team. The Transportation Team among other things manages the development of Employment Registers and the issuance and return of Certificate of Eligibles (lists of eligible candidates from which the Alabama Department of Transportation may select candidates for employment and promotion).

3. Attached hereto as Exhibit A is a true and correct copy of an application history for Alverene D. Butler (from January 1, 1983 to October 31, 2006). This application history is kept


DEFENDANT'S EXHIBIT 8

as an official record of the State Personnel Department and is kept in the ordinary course of business.

4. The class codes on Exhibit A indicate a particular job classification for which an applicant has applied. The action code number indicates what action was taken with respect to the specific application.

5. There are four class codes and four action codes listed on Ms. Butler's application history which are associated with the Alabama Department of Transportation. Class code 20116 Engineering Assistant with an action code number of 09 indicates that Ms. Butler's application was removed from the process based on the fact that she was given permanent status in the job class of 20116 by court order and there was no reason for her to take the examination. Class code 20480 indicates an application for the position of Civil Engineer—Construction Option (which was renamed Transportation Technologist—Construction Option). The action code number 10 associated with this application indicates that Ms. Butler failed to schedule and/or appear for the examination. Class code 20481 indicates an application for a Transportation Technologist—Bridge Design Option. The action code 05 associated with this Transportation Technologist job class indicates that Ms. Butler did not meet the minimum qualifications required to sit for the examination for this job classification. Class code number 20481 is a Transportation Technologist—Analysis and Planning Option application. Again, action code number 10 associated with this application indicates that Ms. Butler failed to schedule and/or appear for the examination and therefore did not take the examination for that Transportation Technologist job class.

6. The application history for Alverene D. Butler (from January 1, 1983 to October 31, 2006) indicates that either through failure to take an examination or failure to meet the minimum

qualifications, Ms. Butler has never taken a State Personnel Merit System Examination for the classes in question and as such has never been placed on an employment register. Because Ms. Butler has never been on a merit system employment register she could not have been certified as eligible for the positions of Civil Engineer or Transportation Technologist at ALDOT and therefore, it was impossible for ALDOT to promote Ms. Butler from her Engineering Assistant position to that of Civil Engineer or Transportation Technologist (formerly Civil Engineer)."

                                                        _____
                                                          Steve Dukes

SWORN TO AND SUBSCRIBED before me on this 18th day of January, 2007.

                                                    _____
                                                    Notary Public, State at Large

                                                    My Commission Expires: 8/2/09

# STATE of ALABAMA

PERSONNEL DEPARTMENT

APPLICATION HISTORY FOR A SSAN

January 1, 1983 through October 31, 2006

**SSAN:** 418828446     **NAME:** ALVERENE D BUTLER

| CLASS CODE | OPTION CODE | RACE | SEX | VP CODE | FINAL SCORE O/C | FINAL RANK O/C | FINAL SCORE PROM | FINAL RANK PROM | DATE ENTERED | ACTION CODE | ACTION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10198 | 500 | 2 | 2 | N | | | | | 03/11/1997 | 10 | 06/07/1997 |
| 20116 | 000 | 2 | 2 | N | | | | | 03/19/1999 | 09 | 03/31/1999 |
| 20480 | 438 | 2 | 2 | N | | | | | 07/03/2003 | 10 | 09/03/2003 |
| 20481 | 005 | 2 | 2 | N | | | | | 06/20/2003 | 05 | 06/27/2003 |
| 20481 | 439 | 2 | 2 | N | | | | | 07/02/2003 | 10 | 09/23/2003 |
| 20651 | 000 | 2 | 2 | N | 70.00 | | | | 02/08/1994 | 30 | 02/24/1994 |
| 20911 | 000 | 2 | 2 | N | | | | | 02/08/1994 | 05 | 03/16/1994 |
| 40100 | 000 | 2 | 2 | N | 70.00 | | | | 11/10/1993 | 30 | 12/08/1993 |
| 40110 | 000 | 2 | 2 | N | 70.00 | | | | 05/10/1994 | 30 | 06/02/1994 |
| 50420 | 000 | 2 | 2 | N | | | | | 02/25/1994 | 05 | 09/23/1994 |