


**ALABAMA DEPARTMENT OF TRANSPORTATION**
SIXTH DIVISION
OFFICE OF THIRD DISTRICT ENGINEER
POST OFFICE BOX 3097
MONTGOMERY, ALABAMA 36109
TELEPHONE: (334) 242-6572
FAX: (334) 834-7941

Bob Riley
Governor

Joe McInnes
Transportation Director

# MEMORANDUM

TO:         Mark Waits
            District Three Engineer

FROM:       Patrick Todd Jackson
            Project Engineer

DATE:       August 29, 2005

RE:         Leave Approval/Disapproval Procedures

A meeting was held in my office on August 29, 2005. A copy of the attached memo was distributed to each employee in attendance at this meeting. Also a copy of the memo from your office dated August 24, 2005 along with the attachments concerning approved and disapproved leave was distributed to each employee. You will also find attached acknowledgement forms signed by the employees indicating their acknowledgement of receipt of these memos.

*[handwritten notes]:* P15 / Give perm D.S.: policy / Put individual ack sheets in Personnel folders.

**DEFENDANT'S EXHIBIT** X

# Memo

**Date:** 8/29/2005

**To:** Project Personnel

**Cc:** Mark Waits

**From:** Patrick T. Jackson

**RE:** New Project Leave Procedures

---

Listed below are the new leave procedures for this office:

1) All call ins will be to my cell phone. (850-6189)

2) All annual leave requires prior approval. Any unscheduled use of annual leave will require proof of an emergency.

3) Any employee that calls in and requests sick leave, must provide written documentation if that employee has less than 40 hours of sick leave.

4) A request for Leave Approval must be filled out if an employee is not at work during regular working hours.

5) 1 unscheduled call in and 2 unscheduled leave requests will be allowed during a month.

8/26/2005




**ALABAMA DEPARTMENT OF TRANSPORTATION**
SIXTH DIVISION
OFFICE OF THIRD DISTRICT ENGINEER
POST OFFICE BOX 3097
MONTGOMERY, ALABAMA 36109
TELEPHONE: (334) 242-6572
FAX: (334) 834-7941

August 24, 2005

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

MEMORANDUM

To:        All District Three Supervisors

From:      Mark T. Waits
           District Three Engineer

Re:        Approved and Disapproved Leave

There has recently been some confusion in reference to the status of approved and disapproved leave. You will find four attachments pertaining to the "Request for Leave Approval" and how it should be properly handled. The Standard Policies, Procedures and Instruction manual states "if the leave is disapproved by the supervisor, the copy of the leave slip should be attached to the time sheet to support the LWOP charges". In addition, Mr. Lamar McDavid memorandum dated July 1, 2002, states, "disapproved leave slips should always be charged and coded as LWOP". I have attached a clarification from Human Resources Bureau, explaining how approved and disapproved leave should have been handled regarding the leave slips and LWOP.

In summary, you as a supervisor have the discretion to approve or disapprove any leave request depending on the work load, pending schedule, employee attendance record and proper notification in accordance with the Departmental punctuality/attendance guideline. If you determine that the leave is not approved, the reason for the disapproval should be written on the blank provided on the leave request form. In addition, this disapproval would place the employee in a "LWOP" status and could be directly linked to the employee performance evaluation.

This office is reviewing all previous leave slips from April 8, 2005, in order to identify disapproved leave for possible payroll corrections. I strongly suggest that you discuss this matter with all your employees and acknowledge their complete understanding. Should you need any other assistance on this matter, please feel free to contact me.

MTW/jhf

Attachments:  5

Cc:    File

P15

| | |
|---|---|
| LEAVE RECORDS | Section 3.10 |

**LEAVE REQUESTS**
It is the policy of the Alabama Department of Transportation for all employees to submit a "Request for Leave Approval" to their supervisors before leave is taken. The Supervisor will then approve or disapprove the leave request depending on the workload and pending schedules. If leave is approved, the signed request MUST be attached to the signed employee time sheet to support the leave charges. If the leave is disapproved by the supervisor, a copy of the leave slip should be attached to the time sheet to support the LWOP charges.

**LEAVE RECORDS**
Individual employee leave balances will be updated as usage is entered. Leave earned is not updated until the following pay period. Leave taken is updated immediately. It is advised that individual employee leave records (Form F-13B) also be maintained by each division and bureau payroll clerk on a timely basis for annual and sick leave earned, taken, and remaining in accordance with Personnel Department rules.

Computer reports which are furnished following each pay period should be verified. Applicable corrections must be promptly reported to the payroll section on either a Leave Accrual Corrections Form or a Payroll Corrections- Doc Type L1. See "Leave Corrections" in Section 3.11.

**COMP TIME**
Comp Time and Holiday Comp balances are reflected on the computer terminals for Non-Exempt employees only. Comp Time balances for Exempt employees who have either worked on holidays, worked overtime, or who have had their overtime status temporarily approved by the State Personnel Board must be kept manually.

Comp time records that indicate the distribution which should be charged when the comp time is taken must be maintained manually for all employees.

**TERMINATION LEAVE**
All termination leave is to be dated effective with the employee's _last_ day on the payroll. It must be entered in the pay period that the employee separates (retirement, resignation, death, termination, etc.)

This action will be processed in the following manner. The employee's "Standard Distribution" record in the ROADS payroll system must be deleted. It will be dated the last day the employee is on the payroll and must be accompanied by one of the following termination codes:

    A. to pay annual leave only
    B. to pay annual and sick leave
    C. to pay neither annual or sick leave
    D. to pay disability

| | | |
|---|---|---|
| Standard Policies, Procedures & Instructions | Page 1 | Effective: 5/20/2005 |

*Div. Sup.*
*7/2/02*

# ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard, Montgomery, Alabama 36130-3050

*Don Siegelman*
*Governor*

*Paul Bowlin*
*Transportation Director*

To:       Mr. Roger Collier
          Division Engineer

From:     Lamar McDavid
          Director of Finance

Subject:  Payroll Audit – 6th Division

Date:     July 1, 2002

During Ms. Cassandra Trammer's payroll review, several instances were noted where the leave slips were "disapproved" by the supervisor.

It is the policy of the Alabama Department of Transportation for all employees to submit a "Request for Leave Approval" to their supervisor before leave is taken. The Supervisor should then approve or disapprove the leave request depending on workload and pending schedule.

Disapproved leave slips should always be charged and coded as leave without pay, "LWOP", on the payroll.

Your cooperation in this matter is appreciated.


CC:       Cassandra Trammer

| State of Alabama | Personnel Procedures Manual |
|---|---|

### Court Attendance Leave

Employees in the state service who are required to attend court as jurors are granted Court Attendance Leave with pay. Attendance in court by law enforcement officers or other employees in an official capacity is not considered leave; they must observe the provisions of any law or departmental rule that may require them to turn over witness fees to their departments.

### Education Leave

After attaining permanent status, education leave with full or part pay may be granted to an employee if the courses are related to current duties. The plan for such leave must be submitted in advance by the appointing authority for approval by the Personnel Director.

### Hourly-Paid Employees Leave

Hourly paid employees, regardless of employment type, are governed by the same plan developed by State Personnel. After meeting the qualifications established, hourly employees are entitled to annual leave and all legislated State holidays and such other holidays as may be proclaimed by the Governor. To become, or remain, eligible for said leave an employee must be in continuous service status for a minimum of one year, and must have earned at least 1500 straight time hours during the previous year. See information on pages 81 - 83 for more details. Retired State Employees (11903) do not fall under these provisions.

### Leave Without Pay

Subject to the approval of the Personnel Director, an appointing authority may grant to an employee a leave of absence without pay (LWOP) for a period not to exceed one year.

When the leave of absence expires, the employee must be reinstated to a position in the classification he held at the time the leave was granted, even if this means laying off a person employed to do the work during the employee's leave of absence.

Failure of an employee to report for duty promptly at the end of an approved leave of absence is cause for dismissal.

If necessary to the business of the State, an employee on leave may be notified to return before his leave expires. If the employee fails to return after being recalled, the position is considered vacant and may be filled permanently.

Leave without pay is not approved for employees to take other jobs or go in business for themselves.

Requests for LWOP should be submitted on Form 11, Recommendation for Personnel Action, checking Item 21, "Leave without Pay." (Sample on page 84) LWOP shown on

| Leave | Section VI Page 70 |
|---|---|

| State of Alabama | Personnel Procedures Manual |
|---|---|

Form 11 must be justified with an explanation, otherwise it will be returned to the agency for completion. The effective date should be the first work day the employee is on LWOP.

A Form 11 also needs to be completed when the employee returns to work, checking Item 22, "Return from LWOP." (Sample on page 85) The return date from LWOP should be the beginning of business the first work day the employee is back. An employee's annual performance evaluation period and any resulting performance salary advance <u>are not automatically</u> extended for this period of LWOP. An agency must request a change to the evaluation period and raise dates.

LWOP automatically extends an employee's probationary period for the number of calendar days of leave without pay.

No Form 11 for LWOP is required unless the employee is going to be off the payroll more than 19 consecutive work days.

**Injury on the Job**

In conjunction with the Finance Department's Division of Risk Management (DORM), the Comptroller's Office and State Personnel Department developed detailed personnel and payroll procedures for total disability benefit payments through the Government Human Resources System (GHRS). These procedures are contained in the information provided on pages 88 through 96.

**Military Leave**

All employees with the State who are active members of the Alabama National Guard or Naval Militia, or of the reserve components of the U.S. Army, Navy, Marine Corps, Air Force, or Coast Guard are entitled to military or naval leave of absence on all days that they shall be engaged in field or coast defense or other training or on other service ordered under the provisions of the military laws of Alabama, or of the National Defense Act, or of the Federal laws governing the U.S. Naval Reserves, without loss of pay, time, annual vacation, or sick leave.

No such leave with pay shall be for more than 168 hours in any one calendar year. In addition, such persons are entitled to be paid for no more than 168 hours when called by the Governor to duty in the active service of the State.

Requests for Military Leave are submitted on an Application for Military Leave (Form 14). A copy of the military orders are retained with this form and are not forwarded to State Personnel. (Sample on page 86)

If an employee is required to serve beyond the 168 hour allotment:

| Leave | Section VI Page 71 |
|---|---|

Clarification on "Approved" and "Disapproved" blanks on Request for Leave Approval forms:

- If the leave request is made <u>prior</u> to the employee's taking off, the supervisor has the discretion of either approving or disapproving the leave request, <u>based upon the work needs of the department and/or the employee's attendance record</u>, **regardless** of whether the employee has any leave accumulated/available.

- If the leave request is disapproved by the supervisor, the employee will be charged LWOP (regardless of whether he/she has any annual or sick leave to use), and the incident will be documented as an unexcused absence. The reason for the disapproval should be written on the blank provided on the leave request form.

- If the leave request is made <u>after</u> the employee has been off, the supervisor has the discretion of either approving or disapproving the leave request, <u>based upon whether the employee properly notified the supervisor (as required in the department's punctuality/attendance guidelines) and the employee's attendance record</u>, **regardless** of whether the employee has any leave available.

- If the leave request is disapproved by the supervisor, the employee will be charge LWOP (regardless of whether he/she has any annual or sick leave), and the incident will be documented as an unexcused absence. The reason for the disapproval should be written on the blank provided on the leave request form.

Occasionally I have contact with some ALDOT supervisors who believe they <u>must</u> "approve" any leave request by an employee who has annual or sick leave available. This is <u>not</u> true. An employee may have many hours of leave to use, but if they fail to request leave (as specified in the dept.'s policy), have a poor attendance/punctuality record, are needed at work on a particular day, and/or have been instructed to report to work on a particular day, the supervisor may legitimately "disapprove" the leave request.

I hope this is helpful.



## ALDOT - Human Resources Bureau

1409 Coliseum Blvd. Room N-101 Montgomery, Al 36110
(334) 242-6336 *Office* (334) 263-7586 *Fax*
1-866-869-3291 *Toll free*

## *facsimile transmittal sheet*

**Bureau Chief:**
W. Frank Topping

**Office Manager:**
Marie B. Penn

**Office Assistants:**
Margaret Pearson
Don Westgate

**DBE Program:**
Chester Thomas Jr.
Shenetta Shine
Chalita Thornton
Adam Clay
Margaret Jones
Byron Browning

**FTA Program:**
Charles Coleman

**Consent Decree:**
Clarence Hampton
Sabrina Kelley
Shondra Swinney
Lauren Westbrook

**Title VII Program:**
Sandi Dietz
Debra Pelt

**Supportive Services:**
Shona Harris
Toni Arrington

**OJT Program:**
John Huffman

**Title VI Program:**
Cornell Tatum
Stephanie James

**Contract Compliance:**
Alice Rowe
Dwight Davis

To: Mark Traito    Fax: 834-7941
From: Sandi Dietz    Date: 6/30/05
Re: Approved LWOP vs.    Pages: 3
Disapproved Leave
Cc:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

Notes: An approved leave of absence (LWOP) is different from LWOP resulting from a disciplinary action such as an unreported or unexcused absence. An employee should not be rewarded (paid) for an absence that has not been approved by the supervisor, with a justifiable reason for the disapproval.