AF-4
Rev. 12/94

ALABAMA DEPARTMENT OF TRANSPORTATION
BUREAU OF ACCOUNTS AND FINANCE
LEAVE ACCRUAL CORRECTIONS FORM

BUREAU OR DIVISION: 6th

BUREAU OR DIVISION DOC #: 60073

**INSTRUCTIONS:** This form will be used to permit an employee to adjust leave accruals and pay periods of service only. If the system credits an employee with the improper leave accruals and/or pay periods of service, please enter the correct number of hours (or pay periods) required to attain the correct balances. A positive number would increase the balances and a negative number would decrease balances. The WHITE copy is to be sent to the Payroll Section of Accounting. If the balancing problem is due to previously processed distribution charges, adjustments should be corrected on the Payroll Distribution Corrections Form.

**PLEASE DO NOT DUPLICATE ADJUSTMENTS.**

| SOCIAL SECURITY NUMBER | NAME | DATE* | ANNUAL HOURS | SICK HOURS | COMP HOURS | HOLIDAY HOURS | PERIODS OF SERVICE |
|---|---|---|---|---|---|---|---|
| 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 | Melvin M. Jackson | 7/08/05 | +1 | | | | |
| 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 | Alverene D. Butler | 8/05/05 | | +4 | | | |
| 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 | Michael Bogan | 8/05/05 | +2 | | | | |
| 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 | Kelvin A. Johnson | 8/05/05 | | +8 | | | |

Leave was disapproved by supervisors on above listed employees. They should have been charged LWOP. Requests have been made to Accounting to Reduce their pay by number of hours shown; thus, their leave should be adjusted.

* PAY PERIOD ENDING DATE OR ACTUAL HOLIDAY DATE

_____
PAYROLL CLERK

_____
BUREAU CHIEF OR DIVISION ENGINEER

1. White - "Accounting Copy"

DEFENDANT'S EXHIBIT 2