EEOC Form 161 (3/98)                    **U.S. L_QAL EMPLOYMENT OPPORTUNITY COMMI__ION**

*Calendar 90 days*
*3/29/06 expires*
*time to file*
*suit.*

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Alverene Dixon Butler**
**2137 Beverly Drive**
**Montgomery, AL 36111**

From:  **Birmingham District Office**
**Ridge Park Place**
**1130 22nd Street South**
**Suite 2000**
**Birmingham, Alabama 35205**

☐  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **130-2005-05221** | **Kevan J. Jackson, Investigator** | **(205) 212-2128** |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐   While reasonable efforts were made to locate you, we were not able to do so.

☐   You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____                    *12/28/05*
Bernice Williams-Kimbrough, District Director                (Date Mailed)

Enclosure(s)

cc:  **Julian L. McPhillips, Jr.**
**McPhillips Shinbaum, L.L.P.**
**Attorneys and Counselors At Law**
**516 South Perry Street**
**Montgomery, Alabama 36104**

**R. Mitchell Alton, III**
**Assistant Counsel**
**Alabama Department of Transportation**
**1409 Coliseum Boulevard**
**Montgomery, Alabama 3611**

**DEFENDANT'S EXHIBIT**
DD