# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

[ ] FEPA
[x] EEOC  130 A20 3222

and EEOC

State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Alverene D. Butler | (334) 280-3214 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2137 Beverly Drive, Montgomery, AL 36111 | | 10/3/56 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| AL. Dept. of Transportation | | (334) 284-4913 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1525 Coliseum Blvd. Montgomery, AL 36110 | | Montgomery |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| James Horace | (334) 284-4913 |

| EET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[x] RACE   [ ] COLOR   [x] SEX   [ ] RELIGION   [ ] AGE
[x] RETALIATION   [ ] NATIONAL ORIGIN   [ ] DISABILITY   [x] OTHER (Specify)

Sex Harassment and Hostile environment

DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA)    LATEST (ALL)

[x] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed by the Dept. of Transportation, State of Alabama as an Engineering Assistant for 8 years. I have been the victim of sexual harassment race discrimination and retaliation ever since James Horace became my immediate supervisor 2 1/2 years ago. Horace replaced Robert Smiley, who also subjected me to a hostile environment based upon my race and gender. My efforts to resolve the harassment through the grievance process failed. I believe I am a victim of unlawful employment discrimination in violation of Title VII

RECEIVED SEP - 3
E.E.O.C. BIRMINGHAM DISTRICT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 8-28-02   Alverene D. Butler
Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
Alverene D. Butler

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
28, August, 2002

EEOC FORM 5 (10/94)

EXHIBIT 1

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Ms. Alverene D. Butler<br>2137 Beverly Drive<br>Montgomery, Alabama 36111 | From: Birmingham District Office<br>1130 22ND Street, South, Suite 2000<br>Birmingham, AL 35205 |

[ ]  *On behalf of person(s) aggrieved whose identity is*
    CONFIDENTIAL *(29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130-A20-3222 | Booker T. Lewis, Supervisor | (205) 731-1126 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ]   We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]   While reasonable efforts were made to locate you, we were not able to do so.

[ ]   You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[x]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that back pay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Cynthia G. Pierre, District Director

17 NOV 2002
*(Date Mailed)*

Enclosure(s)

cc:   Alabama Department of Transportation