


# ALABAMA DEPARTMENT OF TRANSPORTATION
SIXTH DIVISION
**OFFICE OF THIRD DISTRICT ENGINEER**
POST OFFICE BOX 3097
**MONTGOMERY, ALABAMA 36109**
TELEPHONE: (334) 242-6572
FAX: (334) 834-7941

*Bob Riley*
*Governor*

June 14, 2005

*Joe McInnes*
*Transportation Director*

RE: Reprimand

Ms. Alverene Butler
Sixth Division, Third District
Alabama Department of Transportation

Dear Ms. Butler,

On Monday June 13, 2005 I directed you to go to the District Office and pick up FMLA paper that District personnel had prepared for you. I informed you that you had not filled out your EDP form correctly and to ask Jennifer to retrieve it from my mailbox and for you to fill it out correctly.

I found your form in my mailbox this morning and asked Jennifer if you had requested these forms and she told me that you had asked for "any paperwork" that she had for you. You never asked her to retrieve the EDP form from my mailbox. I consider this insubordination. I gave you specific instructions that you did not follow.

The EDP program is designed to provide you with training that will help you in your career at ALDOT. It is designed so that you as an employee, me as your supervisor, and the Division Training Coordinator, have specific duties that must be done each month. This is to insure that all may benefit from this program. Your failure to fill out this form correctly and your failure to follow specific instructions from me have delayed this process. It will cost me extra time to find you on the project to get this form filled out, cost District personnel time that could be spent on other matters, and will delay Division personnel in generating information and scheduling needed courses.

I consider this a serious violation and any other violations such as this could lead to suspension or dismissal from ALDOT.

pc: Project Personnel File
  District Personnel File
  Division Personnel File

Sincerely,

Patrick T. Jackson
Project Engineer

