

# ALABAMA DEPARTMENT OF TRANSPORTATION
SIXTH DIVISION
OFFICE OF THIRD DISTRICT ENGINEER
POST OFFICE BOX 3097
MONTGOMERY, ALABAMA 36109
TELEPHONE: (334) 242-6572
FAX: (334) 834-7941

August 24, 2005

Bob Riley
Governor

Joe McInnes
Transportation Director

## MEMORANDUM

To:        All District Three Supervisors

From:      Mark T. Waits
           District Three Engineer

Re:        Approved and Disapproved Leave

There has recently been some confusion in reference to the status of approved and disapproved leave. You will find four attachments pertaining to the "Request for Leave Approval" and how it should be properly handled. The Standard Policies, Procedures and Instruction manual states "if the leave is disapproved by the supervisor, the copy of the leave slip should be attached to the time sheet to support the LWOP charges". In addition, Mr. Lamar McDavid memorandum dated, July 1, 2002, states, "disapproved leave slips should always be charged and coded as LWOP". I have attached a clarification from Human Resources Bureau, explaining how approved and disapproved leave should have been handled regarding the leave slips and LWOP.

In summary, you as a supervisor have the discretion to approve or disapprove any leave request depending on the work load, pending schedule, employee attendance record and proper notification in accordance with the Departmental punctuality/attendance guideline. If you determine that the leave is not approved, the reason for the disapproval should be written on the blank provided on the leave request form. In addition, this disapproval would place the employee in a "LWOP" status and could be directly linked to the employee performance evaluation.

This office is reviewing all previous leave slips from April 8, 2005, in order to identify disapproved leave for possible payroll corrections. I strongly suggest that you discuss this matter with all your employees and acknowledge their complete understanding. Should you need any other assistance on this matter, please feel free to contact me.

MTW/jhf

Attachments:   5

Cc:       File

EXHIBIT 7