# Memo

**Date:** 8/29/2005

**To:** Project Personnel

**Cc:** Mark Waits

**From:** Patrick T. Jackson

**RE:** New Project Leave Procedures

Listed below are the new leave procedures for this office:

1) All call ins will be to my cell phone. (850-6189)

2) All annual leave requires prior approval.  Any unscheduled use of annual leave will require proof of an emergency.

3) Any employee that calls in and requests sick leave, must provide written documentation if that employee has less than 40 hours of sick leave.

4) A request for Leave Approval must be filled out if an employee is not at work during regular working hours.

5) 1 unscheduled call in and 2 unscheduled leave requests will be allowed during a month.

8/26/2005

EXHIBIT

8

PENGAD 800-631-6989