# Memo

**Date:** 8/30/2005

**To:** Alverene Butler

**Cc:** Mark Waits, Division Personnel File, Project Personnel File

**From:** Patrick T. Jackson

**RE:** Letter of Written Counsel

---

I am writing this memo to document my concerns about your excessive absences.

Since January 1, 2005 to August 26, 2005, you have been absent from work all or part of 41 days. Of those, 31 have been unscheduled absences and 27 have been call in leave requests.

You have used 139 hours of annual leave, 73 hours of sick leave, 72 hours of comp/overtime, and 8 hours of personal leave. During this period you have earned 102 hours of annual leave, 68 hours of sick leave, 8 hours of personal leave and 5 hours of comp time. Your current leave record shows 33 hours of annual leave and 19 hours sick.

On, June 9, 2005, I talked with you about your absences and unscheduled leave requests and told you that I would be monitoring you leave.

This type of absenteeism is hindering my ability to properly manage the projects under my supervision. Therefore, I am requesting that you exhibit a "marked improvement" in your attendance and make significant reductions in your call-ins and unscheduled absences. In addition, I am requiring any call-ins be supported by adequate evidence (Examples, doctors excuse for sick leave). I would consider 2 unscheduled leave requests and 1 call in a month to be acceptable for any employee.

I will continue to monitor your attendance record and will be receptive to any suggestions you may offer in order to improve your attendance.

8/22/2005

EXHIBIT 9

# Memo

**Date:** 8/30/2005

**To:** Alverene Butler

**Cc:** Mark Waits, Division Personnel File, Project Personnel File

**From:** Patrick T. Jackson

**RE:** Letter of Written Counsel

---

I am writing this letter to counsel you on the call-in procedures of this office. I was informed by Melvin Wynn on Friday, August 26, 2005, that you would not be present at work due to an emergency with your son.

You did not follow leave procedures for this office. You are to call this office and inform me or someone in this office if you are not going to be at work. You are not to call a co-worker at home or on their cell phone. I was at my desk by 6:30 A.M. on 8/26/05, and did not receive a call from you.

In the future any call-ins will be to me at 215-3332 or 850-6189.

I am not approving your leave for this date.

Any further instances of this nature will result in a reprimand.

8/29/2005