IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE D. BUTLER, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-278-MEF |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Extension of Time (Doc. #30) filed on February 15, 2007, it is hereby

ORDERED that the motion is GRANTED to and including March 5, 2007.

DONE this 15th day of February, 2007.

                                            /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE