IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ALVERENE BUTLER,** | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. 2:06-CV-278-MEF |
| | * | |
| **ALABAMA DEPARTMENT** | * | |
| **OF TRANSPORTATION, et al.,** | * | |
| Defendant. | * | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for the defendant regarding the possibility of settling this case. At this point, it appears that settlement will not be possible; however the parties continue to negotiate. The parties are presently exploring the question of whether mediation will assist them in resolving this case short of trial.

RESPECTFULLY SUBMITTED this _____22nd_____ day of February, 2007.

/s/ JAY LEWIS
Jay Lewis
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _22nd_ day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

R. Mitchell Alton, III  
Harry A. Lyles  
ALDOT  
1409 Coliseum Blvd.  
Montgomery, AL 36110  

                              /s/ JAY LEWIS  
                              Jay Lewis  
                              Attorney for Plaintiff  
                              Law Offices of Jay Lewis, LLC  
                              P.O. Box 5059  
                              Montgomery, Alabama, 36103  
                              334-263-7733 (voice)  
                              334-263-7733 (fax)  
                              J-Lewis@JayLewisLaw.com  
                              ASB-2014-E66J