# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ALVERENE BUTLER,** | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | )   **CASE NO. 2:06-cv-00278-MEF-CSC** |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION,** *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANTS' ADDITIONAL EVIDENTIARY SUBMISSION IN SUPPORT OF SUMMARY JUDGMENT

Defendants Alabama Department of Transportation, Joe McInnes, Mark T. Waits, and Patrick T. Jackson hereby file with this Court Additional Evidentiary Materials in Support of their Motion for Summary Judgment (Doc. No. 25). Defendants file contemporaneously herewith their Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment (Doc. No. 29).

**EXHIBIT:**

    **EE.**    Affidavit of Steve Dukes

    **FF.**    Affidavit of Mark T. Waits

    RESPECTFULLY SUBMITTED
    TROY KING
    ATTORNEY GENERAL

    s/ Harry A. Lyles
    Jim R. Ippolito, Jr. (IPP001)
    Assistant Attorney General
    Chief Counsel

    Harry A. Lyles (LYL001)
    Assistant Attorney General
    Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
lylesh@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ALVERENE BUTLER,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:06-cv-00278-MEF-CSC |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on **March 6, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Jay Lewis, Esq.
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama  36103-5059
ATTORNEY FOR PLAINTIFF


s/ Harry A. Lyles
Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
lylesh@dot.state.al.us

3