IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALVERENE BUTLER,              )
                              )
    Plaintiff,                )
                              )
v.                            )   CASE NO. 2:06-cv-00278-MEF-CSC
                              )
ALABAMA DEPARTMENT OF         )
TRANSPORTATION, *et al.*,     )
                              )
    Defendants.               )

STATE OF ALABAMA      )
                      )
COUNTY OF MONTGOMERY  )

### SECOND AFFIDAVIT OF STEVE DUKES

Before me, the undersigned Notary Public, personally appeared **Steve Dukes**, who is known to me, and who being first duly sworn by me, deposes and states as follows:

"My name is Steve Dukes. I am a resident of Elmore County, Alabama, am over the age of nineteen years, and have personal knowledge of the facts set forth in this affidavit."

"As a State Personnel Analyst III, I am currently assigned to the Transportation Team. The Transportation Team, among other things, manages the development of employment registers and the issuance and return of Certificates of Eligibles (lists of eligible candidates from which the Alabama Department of Transportation may select candidates for employment and promotion)."

"Attached hereto as 'Attachment 1' is a true and correct copy of an 'Application History' for Melvin D. Wynn, Jr. This application history is kept as an official record of the State Personnel Department and is kept in the ordinary course of business. The application history


DEFENDANT'S EXHIBIT EE

indicates that the only position for which Mr. Wynn has ever applied is that of Custodial Worker, class code 80101."

"Attached hereto as 'Attachment 2' is a true and correct copy of an 'Individual History Report' for Melvin Wynn, Social Security Number 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. This Individual History Report is kept as an official record of the State Personnel Department and is kept in the ordinary course of business. The Individual History Report indicates that Wynn was placed on the 'Custodial Worker' register on July 21, 1994. The register was abolished on October 23, 1995, and Wynn was notified accordingly."

"According to the Individual History Report, Wynn received a provisional appointment to the position of Engineering Assistant on March 13, 1999. This appointment was pursuant to litigation involving ALDOT known as the *Reynolds* case."

"According to State Personnel Department records, Wynn's position was reallocated to Engineering Assistant II/III on September 4, 2004."

"According to the Application History and the Individual History Report, Wynn has never applied for any job except that of Custodial Worker and has never been employed by the State of Alabama in any position other than that of Engineering Assistant/Engineering Assistant II/III. He has never applied for the position of Civil Engineer (later renamed Transportation Technologist/Transportation Technologist Senior)."

_____
Steve Dukes

SWORN TO AND SUBSCRIBED before me on this 6th day of March, 2007.

_____
Heather E. Harrow
Notary Public, State at Large
My Commission Expires: 8/21/09

2

# STATE of ALABAMA

## PERSONNEL DEPARTMENT

### APPLICATION HISTORY FOR A SSAN

January 1, 1983 through December 31, 2006

SSAN:  306060764          NAME:  MELVIN D WYNN JR

| CLASS CODE | OPTION CODE | RACE | SEX | VP CODE | FINAL SCORE O/C | FINAL RANK O/C | FINAL SCORE PROM | FINAL RANK PROM | DATE ENTERED | ACTION CODE | ACTION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 80101 | 000 | 2 | 1 | N | 90.00 |  |  |  | 07/08/1994 | 30 | 07/21/1994 |

Attachment 1

# INDIVIDUAL HISTORY REPORT

**SSAN: 306060764**     **As of date: December 31, 2006**

| Date | Action | Name | Classification | Option | Reg Type | Grade |
|---|---|---|---|---|---|---|
| 07/20/1994 | Active | | 80101 CUSTODIAL WORKER<br>Dept: | 0 | O/C-ct<br>Source: Candhist | 90.00 |
| 07/20/1994 | Active | | 80101 CUSTODIAL WORKER<br>Dept: | 0 | O/C-ct<br>Source: Candhist | 90.00 |
| 07/21/1994 | Continuous – Applicant Placed on R'gstr | MELVIN D WYNN JR | 80101 CUSTODIAL WORKER<br>Dept: | 0 | O/C<br>Source: Apphist | 90.00 |
| 10/23/1995 | Register Abolished/Notified | | 80101 CUSTODIAL WORKER<br>Dept: | 0 | O/C-ct<br>Source: Candhist | 90.00 |
| 03/13/1999 | Appointment – Provisional Prmn't | MELVIN D WYNN | 20116 ENGINEERING ASST<br>Dept: HWY | 0 | Source: ActLog | |
| 03/27/1999 | From Provisional to Regular | MELVIN D WYNN | 20116 ENGINEERING ASST<br>Dept: HWY | 0 | Source: ActLog | |
| 03/11/2000 | Raise – Annual | MELVIN D WYNN | 20116 ENGINEERING ASST<br>Dept: HWY | 0 | Source: ActLog | |
| 09/09/2000 | Raise – Cost of Living | MELVIN D WYNN | 20116 ENGINEERING ASST<br>Dept: HWY | 0 | Source: ActLog | |
| 03/10/2001 | Raise – Annual | MELVIN D WYNN | 20116 ENGINEERING ASST<br>Dept: HWY | 0 | Source: ActLog | |
| 09/08/2001 | Raise – Cost of Living | MELVIN D WYNN | 20116 ENGINEERING ASST<br>Dept: HWY | 0 | Source: ActLog | |
| 03/09/2002 | Raise – Annual | MELVIN D WYNN | 20116 ENGINEERING ASST<br>Dept: HWY | 0 | Source: ActLog | |
| 09/07/2002 | Raise – Cost of Living | MELVIN D WYNN | 20116 ENGINEERING ASST<br>Dept: HWY | 0 | Source: ActLog | |
| 03/08/2003 | Raise – Annual | MELVIN D WYNN | 20116 ENGINEERING ASST<br>Dept: HWY | 0 | Source: ActLog | |
| 09/03/2005 | Raise – Cost of Living | MELVIN D WYNN | 20115 ENGINEERING ASST II/III (T)<br>Dept: HWY | 0 | Source: ActLog | |
| 03/04/2006 | Raise – Annual | MELVIN D WYNN | 20115 ENGINEERING ASST II/III (T)<br>Dept: HWY | 0 | Source: ActLog | |
| 09/01/2006 | Raise – Cost of Living | MELVIN D WYNN | 20115 ENGINEERING ASST II/III (T)<br>Dept: HWY | 0 | Source: ActLog | |

**Attachment 2**