IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE BUTLER,, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:06-cv-00278-MEF-CSC |
| ALABAMA DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
| Defendants. | ) |

STATE OF ALABAMA )
)
COUNTY OF MONTGOMERY )

### SECOND AFFIDAVIT OF MARK T. WAITS

Before me, the undersigned Notary Public in and for the State of Alabama at large, this day personally appeared Mark T. Waits, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

"My name is Mark T. Waits. I am a resident of Pike County, Alabama, am over the age of nineteen years, and have personal knowledge of the facts set forth in this affidavit.

"I am employed by the Alabama Department of Transportation as a District Engineer. The Plaintiff was employed as an Engineering Assistant in my district. As District Engineer, I am involved with the filling of vacant positions in my district.

"I have reviewed the Plaintiff's deposition, the Plaintiff's Response, and the affidavit of Melvin Wynn. I have also reviewed records involving the filling of vacant Civil Engineer (renamed Transportation Technologist or 'TT') positions in my district. Wynn references two Civil Engineer/TT positions that 'came open.' One of those was purportedly filled by a 'white male.' The other was purportedly offered to Karen Stacey.



"I do not have sufficient information to investigate the assertion regarding the 'white male.' I have, however, reviewed the records regarding the position for which Ms. Stacey interviewed.

"All positions are assigned 'PCQ' numbers. The PCQ number is used to track activity regarding a particular position. The position for which Ms. Stacey interviewed was assigned PCQ number 1735788.

"Attached hereto as 'Attachment A' is the Certificate of Candidates received from the State Personnel Department for the position of Transportation Technologist, PCQ number 1735788.

" 'Attachment A' reflects that Karen Stacey was number two on the Certificate of Candidates. The column headed 'ACT' reflects the action taken with regard to Ms. Stacey. The action code is 'C' which means that she was considered for the position.

The eighth name on the Certificate of Candidates is that of Jeffery L. Hollingsworth. The 'ACT,' or action, column reflects an action code of 'A' which means that Mr. Hollingsworth was appointed to the position of Transportation Technologist, PCQ number 1735788 on May 14, 2005. The 'Race' column reflects a code of '2,' which means that Mr. Hollingsworth was of the black race.

" 'Attachment A' does not contain the name of Alverene Butler. To the best of my knowledge, I have never received a Certificate of Candidates for the position of Civil Engineer/Transportation Technologist that contained Ms. Butler's name. In appointing individuals to fill the position of Civil Engineer/Transportation Technologist, my choices are

2

limited to the names appearing on a properly certified 'Certification of Candidates' as received from the State Personnel Department."

_____
MARK T. WAITS

SWORN TO AND SUBSCRIBED before me on this the ___5___ day of March, 2007.

_____
Notary Public, State at Large
My Commission Expires __08-07__

3

| DATE | CERTIFICATION OF CANDIDATES | | CERTIFICATION NUMBER |
|---|---|---|---|
| 09/28/2004 | STATE OF ALABAMA<br>Personnel Department | CPE 3/23/05 | 040600048 |

| DEPARTMENT IDENTIFICATION (DEPT./DIV.) | CLASSIFICATION (CODE/TITLE) | | CLASS OPTION (CODE/TITLE) | PAGE |
|---|---|---|---|---|
| HWY TRANSPORTATION<br>6 6TH DIVISION - MONTGOMERY | 20481<br>TRANSPORTATION TECHNOLOGIST | 438 | CONSTRUCTION | 1 |

| REGISTER TYPE | EMPLOYMENT TYPE | COUNTY | VACANCIES | RACE | AGE LIMIT | SEX | O/N TRAVEL | SHIFT WORK | SALARY |
|---|---|---|---|---|---|---|---|---|---|
| 1 CONTINUOUS OPEN-COMP | 1 PERMANENT | 51 MONTGOMERY | 3 | | | | N | 1 | 1,041.50 |

| METHOD OF CERTIFICATION | POSITION NUMBERS | SELECTIVE CERTIFICATION CODE |
|---|---|---|
| 01 MERIT SYSTEM PLUS TIES | 1735787  1735788  2115300 | 0406000484 |

| SSAN | NAME AND ADDRESS | RACE | V.P. | GRADE | ACT. | POSITION NO. OF APPT. | APPT. DATE |
|---|---|---|---|---|---|---|---|
| 417279137 | BECK STEVEN B<br>5262 SPRINGHILL ROAD<br>BRANTLEY   AL 36009 | 1 | | 76.09 | H | | |
| 4 907493 | STACEY KAREN F<br>2191 MARSHELL RD<br>WETUMPKA   AL 36093 | 1 | | 65.23 | C | | |
| 424986013 | MULLINS MICHAEL G<br>424 HERITAGE PARK<br>GUIN   AL 35563 | 1 | | 43.04 | F | | |
| 419086403 | SMITH PETER J<br>401 BOYD RD<br>SHORTER   AL 36075 | 2 | | 42.55 | R | | |
| 253331522 | FRANKLIN CHARLOTTE A<br>203 POND CREEK ROAD<br>LUVERNE   AL 36049 | 1 | | 42.15 | H | | |
| 416789188 | LAMBERTH SYLVIA W<br>P.O. BOX 325<br>GULF SHORES   AL 36547 | 1 | | 41.26 | F | | |
| 420829035 | ARNOLD GLENN E<br>1812 PRIER DRIVE<br>MARION   AL 36756 | 1 | | 40.47 | H | | |
| 422111660 | HOLLINGSWORTH JEFFERY L<br>403 EAST 9TH STREET<br>TUSCUMBIA   AL 35674 | 2 | | 38.25 | A | 1735788 | 5-14-05<br>$1330.90 |
| 417526315 | SHANAHAN JOHN E JR<br>404 - 7044 HWY 49 S<br>DADEVILLE   AL 36853 | 1 | | 37.84 | C | | |
| 424173976 | MCQUEEN MARLON R<br>5316 IRA LN<br>MONTGOMERY   AL 36108 | 2 | | 37.38 | L | | |
| 263397736 | ENGLISH AUBREY L<br>ROUTE 4 BOX 222-AA<br>BREWTON   AL 36426 | 1 | | 37.21 | L | | |

*Promotion*

**Attachment A**

| CERTIFIED-PERSONNEL DIRECTOR | DATE CERTIFIED | CERTIFICATION RETURNED-APPOINTING AUTHORITY | DATE RETURNED |
|---|---|---|---|
| | | DJM-JM PH | 4/28/05 |

FORM 16, REV. 7/95           IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE           ORIGINAL

| DEPARTMENT IDENTIFICATION (DEPT./DIV.) | CLASSIFICATION (CODE/TITLE) | CLASS OPTION (CODE/TITLE) | PAGE |
|---|---|---|---|
| HWY TRANSPORTATION<br>6 6TH DIVISION - MONTGOMERY | 20481<br>TRANSPORTATION TECHNOLOGIST | 438<br>CONSTRUCTION | 2 |

| REGISTER TYPE | EMPLOYMENT TYPE | COUNTY | VACANCIES | RACE | AGE LIMIT | SEX | O/N TRAVEL | SHIFT WORK | SALARY |
|---|---|---|---|---|---|---|---|---|---|
| 1 CONTINUOUS OPEN-COMP | 1 PERMANENT | 51 MONTGOMERY | 3 | | | | N | 1 | 1,041.50 |

| METHOD OF CERTIFICATION | POSITION NUMBERS | SELECTIVE CERTIFICATION CODE |
|---|---|---|
| 01 MERIT SYSTEM PLUS TIES | 1735787  1735788  2115300 | |

| SSAN | NAME AND ADDRESS | RACE | V.P. | GRADE | ACT. | POSITION NO. OF APPT. | APPT. DATE |
|---|---|---|---|---|---|---|---|
| 420828164 | LECUYER ROGER A<br>80 CO RD 839<br>SELMA     AL 36701 | 1 | | 34.24 | H | | |

CERTIFIED–PERSONNEL DIRECTOR: (signature)
DATE CERTIFIED: 9/28/04
CERTIFICATION RETURNED–APPOINTING AUTHORITY: (signatures)
DATE RETURNED: 4/28/05

FORM 16, REV. 7/95  IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE  ORIGINAL




# ALABAMA DEPARTMENT OF TRANSPORTATION
### SIXTH DIVISION
### OFFICE OF DIVISION ENGINEER
### POST OFFICE BOX 8008
### MONTGOMERY, ALABAMA 36110
### Telephone: (334) 269-2311   FAX: (334) 263-2599

Bob Riley
Governor

Joe McInnes
Transportation Director

September 30, 2004

Jeffery L Hollingsworth
403 East 9th Street
Tuscumbia, AL 35674

Job Classification: 20481-Transportation Technologist –Const. Option
Biweekly Entrance Salary: $1041.50
Biweekly Salary Range: $1041.50 - $1741.80
Location: Montgomery County
Number of Vacancies: 3
Rank: 8

Dear Jeffery L Hollingsworth:

Your name has been certified to us by the State Personnel Department for the classification shown above. You will note that we have indicated the entrance salary and salary range as well as the location of the position listed above. This is not an offer of appointment but is merely to determine your availability for employment consideration.

Please indicate your availability below and return this entire letter to Terri Hilyer, Division 6 within ten days of the date of this letter

Please check the statement that describes your situation.
**If you indicate that you are available for appointment, include a current application or resume with this letter.**
(X) I am available for appointment.
( ) I am not available, please remove my name from the list until further notice.
( ) I am not available now, but will be available _____ (date).
( ) I am not available at the location shown above but am available (list counties).

Address: City, State, Zip Code _TUSCUMBIA, ALABAMA, 35674, 403 EAST 9TH STREET_
Telephone Numbers: Home (_256_) _694-0763_     Work (_256_) _883-2970_
Signature _Jeffery Hollingsworth_
Do you have any relatives, i.e., parents, spouse, sisters, brothers, cousins, in-laws, etc., currently employed by The Alabama Department of Transportation? ( ) YES  (X) NO
If you checked yes, please indicate the names of your relatives and their relationship to you:
(You may continue listing on the back of this letter if necessary).

Name of Relative:                Relationship to You:              Relative's Work Location:

The information regarding relatives is gathered only to ensure that a relative does not participate in the interview or selection process. Having a relative within the Department does not prevent you from being considered for or receiving an appointment.

Sincerely,

Terri Hilyer
Terri Hilyer
Transportation Office Mgr

1/13 @ 10:00




# ALABAMA DEPARTMENT OF TRANSPORTATION
SIXTH DIVISION
OFFICE OF DIVISION ENGINEER
POST OFFICE BOX 8008
1525 Coliseum Boulevard
MONTGOMERY, ALABAMA 36110
TELEPHONE: (334) 269-2311
FAX: (334) 263-2599

April 14, 2005

Bob Riley
Governor

Joe McInnes
Transportation Director

Mr. Jeffery L. Hollingsworth
4029 Apt. 3
Hunter's Ridge Drive
Huntsville, AL 35802

Classification: Trans. Tech. – Const.
Biweekly Entrance Salary: $1041.50
Salary Range: $1041.50 - $1741.80
Location: Montgomery County
Vacancies: 3
Rank: 8

Dear Mr. Hollingsworth:

You have been approved to go to work in the Alabama Department of Transportation's Sixth Division District Three Office, 608 Chisholm St., Montgomery, Alabama, as a Transportation Technologist. The starting salary will be $1330.90 bi-weekly. The effective date of your appointment is May 14, 2005. You are scheduled to report to work on Monday, May 16, 2005, at 8:00 a.m. You will report to Mr. Mark Waits, District Engineer, at the above address.

You will serve in the Transportation Technologist classification on a probationary (trial) basis for a period of six months during which time your work habits and job responsibilities will be carefully observed. If, during the probationary period, your services are satisfactory, you will receive full merit system status at the end of the six months.

Sincerely,

Randall A. Estes, P. E.
Division Engineer

RAE/TCH
pc: File

04/15/2002  12:19  DOTDIV  DIST 2 → 13342421110                                    NO.798  P02

Form 3 - Revised November 2000

**APPLICATION FOR EXAMINATION**

RETURN TO: STATE OF ALABAMA
PERSONNEL DEPARTMENT
64 NORTH UNION STREET
P O BOX 304100
MONTGOMERY, ALABAMA 36130-4100

AN EQUAL OPPORTUNITY EMPLOYER

DO NOT WRITE IN THIS SPACE
RECEIVED 2002 APR 15
PERSONNEL DEPARTMENT STATE OF ALABAMA

APR 2002 P.E.E.D. Bureau AL. D.O.T. Received

**General Instructions**
A separate application is required for each job. Do not write in shaded areas. Complete all parts of the application. Applications not properly completed will be returned. Photocopied and facsimile applications will be accepted.

ENTER SOCIAL SECURITY NUMBER BELOW.

| 4 | 2 | 2 | - | 1 | 1 | - | 1 | 6 | 6 | 0 |

Examination For Which You Are Applying (one per application): **CIVIL ENGINEER**   20480 438   Option (if applicable)

Full Name: **JEFFERY** (First) **LORENZO** (Middle) **HOLLINGSWORTH** (Last)

Address: **1582 John Wesley Way Apt. 21** (House or Apartment Number / Street)

City: **Huntsville**   State: **AL**   County: **Madison**   [45]   Zip Code: **35816**

Telephone Number: Home (**256**) **726-0255**   Work (**256**) **837-0111**

The following information is required for governmental reporting or recordkeeping purposes:

Date of Birth: **11** (Month) / **17** (Day) / **67** (Year)

Sex (check one): 1. (✓) Male   2. ( ) Female

Race (check one): 1. ( ) White   2. (✓) Black   3. ( ) Hispanic   4. ( ) Asian or Pacific Islander   5. ( ) American Indian or Alaskan Native   6. ( ) Other

---

**EDUCATION:**
High School Diploma or GED? (✓) Yes   ( ) No

CIRCLE OR BRACKET THE HIGHEST GRADE OF SCHOOL COMPLETED.
1  2  3  4  5  6  7  8  9  10  11  12  College 1 (2) 3 4

ED **13**
LC

PROVIDE INFORMATION ON ALL SCHOOLS ATTENDED. SPECIFY UNDERGRADUATE OR GRADUATE WORK.

| Name and Location of School | Dates of Attendance Month/Year From | To | Credit Hours Sem. | Qtr. | Did You Graduate? Yes | No | Type of Degree and Date | Major |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**PROFESSIONAL LICENSE OR CERTIFICATE**

| License/Certificate Issued By | Field/Trade/Specialization | License/Certificate No. | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |
| | | | | |

LIST COURSES (AND HOURS) WHICH ARE PARTICULARLY RELATED TO THE POSITION (attach additional sheets, if needed).

---

**CERTIFICATION STATEMENT**

I certify that all statements on or attached to this application are true and correct to the best of my knowledge. I know that any false statements may cause me to be denied the chance for testing, to be removed from an employment register, or to be released from employment. I will not discuss the test I have taken. I further authorize the release of all relevant prior employment, military service, academic/school and criminal records. If employed I agree, consistent with applicable laws, to receive compensatory time off in lieu of overtime compensation for any overtime hours worked.

Signature: **Jeffery Hollingsworth**   Date: **4/15/02**

During the application process, including testing and employment consideration, your name may be removed from an employment register for any disqualifying reason.

SOCIAL SECURITY NUMBER : 422-1L-1662

List three reliable persons, not relatives or present employer, who know you well enough to give information about you.

| NAME | ADDRESS AND PHONE NUMBER | EMPLOYER |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Should you need testing accommodations due to a health problem or disability, you must contact the State Personnel Department.

Have you ever been involuntarily terminated, discharged, forced or asked to resign from any job?   ( ) Yes   (✓) No

If you answered Yes to the above question, attach an explanation on a separate sheet noting any mitigating or extenuating circumstances.

Have you ever been convicted of a misdemeanor or felony crime?   ( ) Yes   (✓) No

If you answered Yes to the above question, list in the space below all prior misdemeanor and felony convictions and any extenuating or mitigating circumstances regarding such convictions. If necessary, you may use a separate sheet or sheets and attach to application.

NOTE: A CRIMINAL CONVICTION WILL NOT NECESSARILY BE A BAR TO CONSIDERATION FOR EMPLOYMENT, EXCEPT THAT A FELONY CONVICTION WILL BAR EMPLOYMENT IN A LAW ENFORCEMENT JOB; THE DISCLOSURE OF A MISDEMEANOR CONVICTION WILL NOT AUTOMATICALLY RESULT IN DISQUALIFICATION. CRIMINAL HISTORIES WILL BE SUBMITTED TO THE NATIONAL CRIME INFORMATION CENTER (NCIC) OR VERIFICATION. FAILURE TO DISCLOSE A CONVICTION MAY BE CONSIDERED AS GROUNDS FOR DISQUALIFICATION. FOR THESE REASONS, APPLICANTS SHOULD BE CAREFUL TO DISCLOSE ALL CRIMINAL CONVICTIONS.

## WORK HISTORY
THIS SECTION MUST BE COMPLETED REGARDLESS OF WHETHER OR NOT A RESUME' IS ATTACHED.

Begin with your PRESENT or most recent employment. List in REVERSE ORDER periods of employment. Each time you changed jobs or your title changed should be listed as a separate period. Describe in detail your duties. (Attach additional sheets if needed.)

1. Current or Last Employer: ALDOT
Your Official Job Title: EEA
Address:
Type of Business:

| FROM Month / Year | TO Month / Year | Total Months | Number of Hours Per Week | Beginning Salary | Ending Salary | May we contact your employer? |
|---|---|---|---|---|---|---|
| 01 / 89 | PRESENT | 13 YRS |  | $ Per | $ Per | (✓) Yes ( ) No |

Number/Title of Employees You Supervised On a Continuing Basis:
Equipment You Operated:
Name, Title and Telephone Number of Supervisor:
Reason for Leaving:
Describe Your Duties in Detail:
AVAILABLE UPON REQUEST

SOCIAL SECURITY NUMBER: 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

| 2. Employer | | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Type of Business | | |
| FROM Month Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $____ Per ____ | Ending Salary $____ Per ____ | May we contact your employer? ( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | Equipment You Operated | | |
| Name, Title and Telephone Number of Supervisor | | | | Reason for Leaving | | |
| Describe Your Duties in Detail | | | | | | |

| 3. Employer | | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Type of Business | | |
| FROM Month Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $____ Per ____ | Ending Salary $____ Per ____ | May we contact your employer? ( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | Equipment You Operated | | |
| Name, Title and Telephone Number of Supervisor | | | | Reason for Leaving | | |
| Describe Your Duties in Detail | | | | | | |

| 4. Employer | | | | | Your Official Job Title | | |
|---|---|---|---|---|---|---|---|
| Address | | | | | Type of Business | | |
| FROM Month Year | TO Month Year | Total Months | Number of Hours Per Week | Beginning Salary $____ Per ____ | Ending Salary $____ Per ____ | May we contact your employer? ( ) Yes ( ) No | |
| Number/Title of Employees You Supervised On a Continuing Basis | | | | Equipment You Operated | | |
| Name, Title and Telephone Number of Supervisor | | | | Reason for Leaving | | |
| Describe Your Duties in Detail | | | | | | |

5. USING THE ABOVE FORMAT, SHOW OTHER EXPERIENCE BY USING ADDITIONAL SHEETS.

04/15/2002   12:19   DOTDIV 1 DIST 2 → 13342421110                             NO.798   D05

SOCIAL SECURITY NUMBER: 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

---

**COMPLETE THIS SECTION IF YOU ARE CLAIMING VETERAN'S PREFERENCE**

If you claim Veteran's Preference, check the type below. Attach copies (which will not be returned) of the required documents to your application to support your claim.
1 ( ) Veteran (5 points) - Requires DD214 or document showing dates of service and type of discharge. If this has been submitted previously and is on file with this office, you may disregard this requirement.
2 ( ) Disabled Veteran (10 points) - Requires DD214 or other document as above and letter of disability from V.A. dated within last 6 months. V.A. letter must be kept updated until register is established or you lose the extra 5 points.
3 ( ) Deceased Veteran's spouse (10 points) - Requires DD214 or other document as above and marriage and death certificates. Cannot be claimed if spouse remarries.
4 ( ) Disabled Veteran's spouse (10 points) - Requires DD214 or other document as above and V.A. letter of disability dated within last 6 months. Cannot be claimed unless still married to disabled veteran.
5 ( ) Permanently Disabled Veteran (10 points) - Requires DD214 or other document as above indicating veteran is permanently disabled or DD214 or other document and V.A. letter indicating permanent disability.

---

**COMPLETE THIS SECTION IN ORDER TO BE SCHEDULED FOR WRITTEN EXAMS**

Written exams will be given in the places below for which a sufficient number of applicants express preference. Indicate by number your 1st, 2nd and 3rd choices.

1 ( ) Alexander City     3 (2) Birmingham     5 ( ) Dothan        7 ( ) Linden       9 ( ) Montgomery     12 (3) Tuscaloosa
2 ( ) Andalusia          4 (1) Decatur        6 ( ) Jacksonville  8 ( ) Mobile       10 ( ) Selma

If you qualify, you will receive a notice showing the place and time you are to report for the exam.

---

**Where did you learn of this job?** (check all that apply)

1 ( ) State Employment Service         5 ( ) Friend/Relative          9 ( ) Legislative Representative      13 ( ) TV/Radio Commercial
2 ( ) Job Announcement Notice          6 ( ) Dept. News Bulletin      10 ( ) State Recruiter/Counselor      14 ( ) Other
3 ( ) Newspaper                        7 ( ) Rehabilitation Services  11 (X) State Personnel Dept. Information Board
4 ( ) College Placement/Career Office  8 ( ) High School Counselor    12 ( ) Outreach Program (i.e. Church)

---

**AVAILABILITY**

| 81 - Northwest Alabama | 84 - Jasper/ | 87 - East Central Alabama | 90 - Montgomery Area | 93 - South Central Alabama |
|---|---|---|---|---|
| 17 Colbert | Winfield Area | 08 Calhoun | 01 Autauga | 07 Butler |
| 30 Franklin | 29 Fayette | 09 Chambers | 26 Elmore | 18 Conecuh |
| 39 Lauderdale | 38 Lamar | 14 Clay | 43 Lowndes | 20 Covington |
| 40 Lawrence | 47 Marion | 15 Cleburne | 51 Montgomery | 21 Crenshaw |
| | 64 Walker | 19 Coosa | | 27 Escambia |
| | 67 Winston | 56 Randolph | | 50 Monroe |
| | | 61 Talladega | | |
| | | 62 Tallapoosa | | |

| 82 - Huntsville/ | 85 - Tuscaloosa Area | 88 - Southwest Alabama | 91 - Phenix City/ | 94 - Dothan Area |
|---|---|---|---|---|
| Decatur Area | 04 Bibb | 12 Choctaw | Troy Area | 16 Coffee |
| 36 Jackson | 32 Greene | 13 Clarke | 03 Barbour | 23 Dale |
| 42 Limestone | 33 Hale | 46 Marengo | 06 Bullock | 31 Geneva |
| 45 Madison | 54 Pickens | 65 Washington | 41 Lee | 34 Henry |
| 48 Marshall | 60 Sumter | | 44 Macon | 35 Houston |
| 52 Morgan | 63 Tuscaloosa | | 55 Pike | |
| | | | 57 Russell | |

| 83 - Northeast Alabama | 86 - Birmingham Area | 89 - Selma/Clanton Area | 92 - Mobile Area | 95 - Statewide |
|---|---|---|---|---|
| 10 Cherokee | 05 Blount | 11 Chilton | 02 Baldwin | (You will be |
| 25 DeKalb | 22 Cullman | 24 Dallas | 49 Mobile | considered for |
| 28 Etowah | 37 Jefferson | 53 Perry | | vacancies through- |
| | 58 Shelby | 66 Wilcox | | out the state. |
| | 59 St. Clair | | | Relocation may |
| | | | | be necessary) |

Please answer the following questions with care. List in the spaces provided those areas of the state in which you would accept employment. You will be considered for employment only in the locations you indicate. You may choose a combination of up to three counties and/or regions from the list above. If you list a region, you will be considered available for all counties in that region. The counties in each region are listed alphabetically below the region. You will not be considered for jobs involving overnight travel or shift work unless you so indicate.

List the numbers of up to 3 counties and/or regions where you are willing to work  **82  90  86**

If you want to be considered for appointment by only certain state agencies, indicate here **DOT**

Will you accept work involving overnight travel?  (✓) Yes  ( ) No        Will you accept part-time work?  ( ) Yes  (✓) No

Will you accept temporary work?  ( ) Yes  (✓) No

Which shifts are you willing to work?  0. (✓) all shifts   1. ( ) 1st only   2. ( ) 2nd only   3. ( ) 3rd only   4. ( ) 1st and 2nd only   5. ( ) 1st & 3rd only   6. ( ) 2nd & 3rd only

Enter the earliest date you will be available to interview for employment. (Your name will not appear on a list of eligibles until this date.)  **04  15  02**
                                                                                                                                    Month  Day  Year