IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE D. BUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-278-MEF |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of defendants' Motion to Strike (Doc. #35) filed on March 6, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before April 4, 2007 as to why the motion should not be granted.

DONE this the 28th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE