IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE D. BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-278-MEF |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

It is hereby ORDERED that the pretrial conference set in this case for April 19, 1007 at 10:30 A.M. is rescheduled for **April 19, 2007 at 1:30 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama**.

DONE this the 16th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE