IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE BUTLER, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:06-cv-00278-MEF-CSC |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, et al., | ) |
| | ) |
|     Defendants. | |

## NOTICE OF APPEARANCE

COMES NOW Assistant Attorney General George Robert Prescott, Jr., Assistant Counsel for the State of Alabama Department of Transportation, and files this notice of appearance as additional counsel of record for Defendant Alabama Department of Transportation.

                      RESPECTFULLY SUBMITTED
                      TROY KING
                      ATTORNEY GENERAL


s/ George Robert Prescott, Jr.
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

George Robert Prescott, Jr. (PRE020)
Assistant Attorney General
Assistant Counsel

s/ Harry A. Lyles
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel

                <u>s/ R. Mitchell Alton, III</u>
                Jim R. Ippolito, Jr. (IPP001)
                Assistant Attorney General
                Chief Counsel

                R. Mitchell Alton, III (ALT003)
                Assistant Attorney General
                Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
lylesh@dot.state.al.us
altonm@dot.state.al.us
prescottg@dot.state.al.us

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ALVERENE BUTLER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| **v.** | ) |
| | )   **CASE NO. 2:06-cv-00278-MEF-CSC** |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION, et al.,** | ) |
| | ) |
|     **Defendant.** | |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

    Mr. Jay Lewis, Esq. (LEW031)
    Law Offices of Jay Lewis, L.L.C.
    P.O. Box 5059
    Montgomery, Alabama 36103-5059
    ATTORNEY FOR PLAINTIFF

    Harry A. Lyles (LYL001)
    Assistant Attorney General
    Assistant Counsel

    <u>s/ R. Mitchell Alton, III</u>
    R. Mitchell Alton, III (ALT003)
    Assistant Attorney General
    Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
lylesh@dot.state.al.us
altonm@dot.state.al.us
prescottg@dot.state.al.us