IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE BUTLER,                    ) | |
|                                     ) | |
|     Plaintiff,                      ) | |
| v.                                  ) | |
|                                     ) | CASE NO. 2:06-cv-00278-MEF-CSC |
| ALABAMA DEPARTMENT OF               ) | |
| TRANSPORTATION, *et al.*,           ) | |
|                                     ) | |
|     Defendants.                     ) | |

### DEFENDANTS' MOTION FOR TWO-DAY EXTENSION OF TIME IN WHICH TO FILE REVISED JOINTLY PREPARED PROPOSED PRE-TRIAL ORDER

Come now the undersigned counsel and, for the reasons set forth below, request that the deadline for the submission of a revised jointly prepared, proposed pre-trial order be changed from April 25, 2007 to April 27, 2007. In support of this request the Defendants would advise the Court as follows:

1.   *This request has been discussed with counsel for the plaintiff. Counsel for the plaintiff has no objection to an enlargement of time and has agreed to this request.*

2.   Additional time is needed to revise the proposed pre-trial order in accordance with the instructions given by the Court on April 19, 2007.

3.   Counsel for the parties have been discussing the narrowing of issues before the Court. To facilitate a reduction in the number of issues before the Court the Defendants have agreed to produce additional documents, currently in the possession of another state agency, for inspection by Plaintiff's counsel. Said documents will not be available to the parties until Thursday, April 26, 2007.

4.  The parties are discussing possible resolution of the case. The requested enlargement of time would enable the parties to determine the possibility of such resolution.

5.  The requested enlargement of time will not change any of the deadlines set forth in the *Scheduling Order* issued by this Court.

6.  The requested enlargement of time will not prejudice any of the parties to this cause.

For the reasons set forth above, Defendants request that the deadline for submission of a revised proposed pre-trial order be changed to Friday, April 27, 2007.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

s/ Harry A. Lyles
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel
R. Mitchell Alton, III (ALT003)
Assistant Attorney General
Assistant Counsel
George Robert Prescott, Jr.(PRE020)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
lylesh@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ALVERENE BUTLER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| **v.** | ) |
| | )   **CASE NO. 2:06-cv-00278-MEF-CSC** |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Jay Lewis, Esq.
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103-5059
ATTORNEY FOR PLAINTIFF


                    s/ Harry A. Lyles
                    Harry A. Lyles (LYL001)
                    Assistant Attorney General
                    Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
lylesh@dot.state.al.us