IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALVERENE D. BUTLER,                )
                                   )
        Plaintiff,                 )
v.                                 )    CASE NO. 2:06-cv-278-MEF
                                   )
ALABAMA DEPARTMENT OF              )
TRANSPORTATION, *et al.,*          )
                                   )
        Defendants.                )

# <u>O R D E R</u>

Upon consideration of the defendants' Motion for Two-Day Extension of Time in

Which to File Revised Jointly Prepared Proposed Pre-Trial Order (Doc. #44) filed on April

25, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 26th day of April, 2007.


_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE