# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ALVERENE BUTLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-00278-MEF-CSC |
| | ) |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' DEPOSITION AND DOCUMENT DESIGNATION TO BE USED AT TRIAL

At this point in time the Defendants do not anticipate presentation of any witness's testimony by means of deposition as described in Rule 26(a)(3)(B) and Section 11 of the Uniform Scheduling Order (Doc No. 21). The Defendants have, however, referenced the following pages of depositions taken in the case at bar:

1. Deposition of Alverene Butler, Exhibit A, pages 14, 16, 28, 55, 55, 122, and 123.

2. Deposition of Mark Waits, Exhibit B, pages 11, 15, 16, and 23-28.

3. Deposition of Karen Stacey, Exhibit C, pages 13-16, 18, 19, 20, 23-26, 29-32, 35-39.

4. Deposition of Todd Jackson, Exhibit D, pages 12-16, 25-28, 34.

With regard to documents, the Defendants have submitted certain evidentiary materials in support of Defendants' Motion for Summary Judgment (Doc. No. 27). The Defendants anticipate using the submitted evidentiary materials at trial with the exception of the affidavits submitted in support of the Motion for Summary Judgment.

With regard to the exchange of witness lists, exhibit lists, and exhibits the parties have, in writing, agreed to a deadline of May 14, 2007 for the subject exchange.

                                                      RESPECTFULLY SUBMITTED
                                                     TROY KING
                                                     ATTORNEY GENERAL

`s/ Harry A. Lyles`
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
lylesh@dot.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>  1st  </u> day of <u>       May       </u>, 20<u> 07 </u>, I have served the foregoing on the following by placing copies thereof, addressed as indicated below, in United States Mail, First Class postage prepaid:

Mr. Jay Lewis, Esq.<br>
Law Offices of Jay Lewis, L.L.C.<br>
P.O. Box 5059<br>
Montgomery, Alabama  36103-5059<br>
(334) 263-7733<br>
ATTORNEY FOR PLAINTIFF

<u>  s/ Harry A. Lyles  </u>
Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)

3