IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE BUTLER,    * | |
|    Plaintiff,    * | |
| * | |
| v.    * | Civil Case No. 2:06-CV-278-MEF |
| * | |
| ALABAMA DEPARTMENT    * | |
| OF TRANSPORTATION, et al.,    * | |
|    Defendants.    * | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

COME NOW the parties, by and through counsel, to request that the Court enlarge the time within which the parties may file motions in limine, jury instructions, and voir dire questions. As grounds for which the parties would state as follows:

1. Because the Court has not ruled on the defendants' motion for summary judgment, the parties are unsure of what claims and defenses should be considered in voir dire questions and, in particular, in jury instructions.

2. The parties desire a status conference with the Court prior to submitting voir dire and jury instructions.

3. Attempts were made on this date to contact the Court's law clerk to address this matter, but those attempts were unsuccessful.

4. Although this motion is being submitted by counsel for Plaintiff, it was discussed as between the parties and they have agreed on its being styled and submitted as a joint motion.

WHEREFORE, the premises considered, the parties pray that the Court will enlarge the

time within which the parties may file the above referenced submissions until and through

Wednesday, May 23, 2007.

    RESPECTFULLY SUBMITTED this ____18th____ day of May, 2007.

                          /s/ JAY LEWIS
                          Jay Lewis
                          Attorney for Plaintiff
                          Law Offices of Jay Lewis, LLC
                          P.O. Box 5059
                          Montgomery, Alabama, 36103
                          334-263-7733 (voice)
                          334-263-7733 (fax)
                          J-Lewis@JayLewisLaw.com
                          ASB-2014-E66J

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the _18th_ day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

R. Mitchell Alton, III
Harry A. Lyles
ALDOT
1409 Coliseum Blvd.
Montgomery, AL 36110

                          /s/ JAY LEWIS
                          Jay Lewis
                          Attorney for Plaintiff
                          Law Offices of Jay Lewis, LLC
                          P.O. Box 5059
                          Montgomery, Alabama, 36103
                          334-263-7733 (voice)
                          334-263-7733 (fax)
                          J-Lewis@JayLewisLaw.com
                          ASB-2014-E66J