IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE D. BUTLER, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-278-MEF |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration, it is hereby ORDERED that each party shall file, in light of the Memorandum Opinion and Order entered on this date, a proposed verdict form no later than May 25, 2007.

DONE this the 21st day of May, 2007.

                                                /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE