U.S. District Court
Alabama Middle District
Calendar Events Set For **6/4/2007**
Chief Judge Mark E. Fuller, Presiding

**JURY SELECTION - JURY TRIAL**

**ALVERENE D. BUTLER  VS.  ALABAMA DEPARTMENT OF TRANSPORTATION,
ET AL.  2:06CV278-MEF**

---

Jay Lewis representing (Plaintiff)

Jim R. Ippolito, Jr., R. Mitch Alton, Robert Prescott, Harry A. Lyles representing (Defendants)