# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ALVERENE BUTLER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| v. | ) |
| | )    **CASE NO. 2:06-cv-00278-MEF-CSC** |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION,** *et al.*, | ) |
| | ) |
|     **Defendants.** | |

## DEFENDANTS' PROPOSED *VOIR DIRE* EXAMINATION

1. Defendants adopt and incorporate Plaintiff's Proposed *Voir Dire* Examination as if fully set forth herein.

2. Has any member ever been terminated from their employment?

3. Has any member ever been terminated from their employment for what they considered an improper reason?

4. Has any member been the subject of discrimination at their place of employment?

5. Has any member been subjected to disciplinary action by their employer?

6. Has any member been passed over for promotion at their place of employment?

                                                                              RESPECTFULLY SUBMITTED
                                                                              TROY KING
                                                                              ATTORNEY GENERAL

                                                                              <u>s/ Harry A. Lyles</u>
                                                                              Jim R. Ippolito, Jr. (IPP001)
                                                                              Assistant Attorney General
                                                                              Chief Counsel

                                                                              Harry A. Lyles (LYL001)
                                                                              Assistant Attorney General
                                                                              Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
lylesh@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:06-cv-00278-MEF-CSC |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Jay Lewis, Esq.
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103-5059
ATTORNEY FOR PLAINTIFF


s/ Harry A. Lyles
Harry A. Lyles (LYL001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
lylesh@dot.state.al.us