IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE D. BUTLER,             ) | |
| ) | |
|     Plaintiff,             ) | |
| v.                              ) | CASE NO. 2:06-cv-278-MEF |
| ) | |
| ALABAMA DEPARTMENT OF           ) | |
| TRANSPORTATION, *et al.,*       ) | |
| ) | |
|     Defendants.           ) | |

## **O R D E R**

Upon consideration of the defendants' First Motion in Limine (Doc. #58) filed on May 21, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before May 29, 2007 as to why this motion should not be granted.

DONE this the 23rd day of May, 2007.

                                              /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE