**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION**

| | | |
|---|---|---|
| ALVERENE BUTLER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CASE NO. 2:06-cv-00278-MEF-CSC |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION, et al., | ) | |
| Defendants. | | |

**PLAINTIFF'S PROPOSED VERDICT FORM**

**Race Discrimination Claim**

1. Has Alverene Butler proved by a preponderance of the evidence that her race was a motivating factor for the decision by the Alabama Department of Transportation to take an adverse employment action against her, even though other factors may have also motivated the Department?

Yes _____

No _____

If the answer to 1 is "no," then you will have found that Butler may not recover damages against the Department on this claim, and you need not answer question 2, but should go directly to question 3. If the answer to question 1 is "yes," then you should answer question 2.

2. Has the Alabama Department of Transportation proved by a preponderance of the evidence that it would have taken the same adverse employment action against Butler even in the absence of the factor of her race?

Yes _____

No _____

If the answer to number 1 is "yes" and the answer to number 2 is "no," then you will have found

that Butler may recover against the Department on this claim.

**Retaliation Claim**

3. Has Alverene Butler proved by a preponderance of the evidence that her complaints

about her treatment based on her race were a motivating factor for the decision by the Alabama

Department of Transportation to take an adverse employment action against her, even though

other factors may have motivated the Department?

Yes _____

No _____

If the answer to 3 is "no," then you will have found that Butler may not recover damages against

the Department on this claim, and you need not answer question 4, but should go directly to

question 5.  If the answer to question 3 is "yes," then you should answer question 4.

4. Has the Alabama Department of Transportation proved by a preponderance of the

evidence that it would have taken the same adverse employment action against Butler even in the

absence of the factor of her race?

Yes _____

No _____

If the answer to number 3 is "yes" and the answer to number 4 is "no," then you will have found

that Butler may recover against the Department on this claim.

**Damages**

5. If you find that Butler may recover on either or both of her claims against the Alabama

Department of Transportation, how much may she recover in compensatory damages?

a. Emotional distress $_____

b. Lost earnings and benefits $_____

SO SAY WE ALL.

DONE, this the _____ day of _____, 2007.

_____
Foreperson

RESPECTFULLY SUBMITTED, this __25th day of May, 2007.

/s/ JAY LEWIS
Jay Lewis
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

I hereby certify that on the _25th_ day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Jim Ippolito
G. Robert Prescott, Jr.
R. Mitchell Alton, III
Harry A. Lyles
ALDOT
1409 Coliseum Blvd.
Montgomery, AL 36110

/s/ JAY LEWIS