## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                       TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Butler v. Alabama Department of Transportation et al

Case Number: 2:06-cv-00278-MEF

Referenced Docket Entry - *** Brief in Support - Doc. No. 72 & 73

The referenced docket entry was filed by Clerk's office with ERROR on ***June 29, 2007*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet . Please DISREGARD this docket entry. See doc. 74 for corrected docket entry.