IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE D. BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-278-MEF |
| | ) (WO) |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This cause is before the Court on Defendants' Motion for Judgment as a Matter of Law in Accordance with Rule 50(b) of the Federal Rules of Civil Procedure (Doc. # 71) and Motion for New Trial Pursuant to Rule 59 of the Federal Rules of Civil Procedure (Doc. # 70). Having considered the parties' arguments and the evidence adduced at trial, the Court concludes that (1) there was sufficient evidence to support the verdict, and thus Defendants' Motion for Judgment as a Matter of Law is due to be DENIED; and (2) Defendants are not entitled to a new trial, and thus their Motion for New Trial is due to be DENIED. It is therefore ORDERED that

1. Defendants' Motion for Judgment as a Matter of Law in Accordance with Rule 50(b) of the Federal Rules of Civil Procedure (Doc. # 71) is DENIED.

2. Defendants' Motion for New Trial Pursuant to Rule 59 of the Federal Rules of Civil Procedure (Doc. # 70) is DENIED.

DONE this the 12th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE