IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ALVERENE BUTLER,** | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. 2:06-CV-278-MEF-CSC |
| | * | |
| **ALABAMA DEPARTMENT** | * | |
| **OF TRANSPORTATION, et al.,** | * | |
| Defendants. | * | |

## PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES

COMES NOW Plaintiff, by and through her attorney, and respectfully moves this Court to award her the sum of $25,624.25 in attorneys' fees, costs and expenses pursuant to 42 U.S.C. § 1988(b), and 42 U.S.C. § 2000e-5(k) which provide the statutory basis for the award of reasonable attorneys' fees to Plaintiff, the prevailing party in this case.

Plaintiff reserves the right to submit a brief and affidavits in support of this application.

RESPECTFULLY SUBMITTED this __17th__ day of July, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

I hereby certify that on the _17th_ day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Harry A. Lyles

Assistant Attorney General
ALDOT
1409 Coliseum Blvd.
Montgomery, AL 36110

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J