IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE D. BUTLER, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-278-MEF |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Attorney Fees (Doc. #78) filed on July 17, 2007, it is hereby ORDERED as follows:

1. That the plaintiff file a brief in support of the motion on or before July 25, 2007.

2. That the defendants file a response which shall include a brief and any evidentiary materials on or before August 7, 2007

3. That the plaintiff may file a reply brief on or before August 14, 2007.

DONE this 20th day of July, 2007.

                                              /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE