**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ALVERENE BUTLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CASE NO. 2:06-cv-00278-MEF-CSC** |
| **ALABAMA DEPARTMENT OF** | ) | |
| **TRANSPORTATION,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Stacey S. Houston, Assistant Attorney General and Assistant Counsel for

the State of Alabama Department of Transportation, and files this notice of appearance as

additional counsel of record for Defendants Alabama Department of Transportation, Mark Waits,

and Patrick Jackson.

> RESPECTFULLY SUBMITTED
> TROY KING
> ATTORNEY GENERAL
>
> s/ Stacey S. Houston
> Jim R. Ippolito, Jr. (IPP001)
> Assistant Attorney General
> Chief Counsel
>
> Stacey S. Houston (HOU008)
> Harry A. Lyles (LYL001)
> R. Mitchell Alton, III (ALT003)
> Assistant Attorneys General
> Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
houstons@dot.state.al.us

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ALVERENE BUTLER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| **v.** | ) |
| | )   **CASE NO. 2:06-cv-00278-MEF-CSC** |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION,** *et al.***,** | ) |
| | ) |
|     **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on **July 20, 2007**, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECT system, which will send notification to the following:

Mr. Jay Lewis, Esq.<br>
Law Offices of Jay Lewis, L.L.C.<br>
P.O. Box 5059<br>
Montgomery, Alabama  36103-5059<br>
ATTORNEY FOR PLAINTIFF

<br>

                s/ Stacey S. Houston
                Stacey S. Houston (HOU008)
                Assistant Attorney General
                Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
houstons@dot.state.al.us