IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ALVERENE BUTLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) CASE NO. 2:06-cv-00278-MEF-CSC |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF APPEAL BY DEFENDANTS ALABAMA DEPARTMENT OF TRANSPORTATION, MARK WAITS, and TODD JACKSON

Notice is given that Defendants in the above styled matter, the Alabama Department of Transportation, Mark Waits, and Todd Jackson, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment (Doc. No. 69) entered in this action on the 15th day of June 2007, and the District Court's order (Doc. No. 77) entered on July 12, 2007, denying Defendants' post trial motions.

    RESPECTFULLY SUBMITTED
    TROY KING
    ATTORNEY GENERAL

    s/ Stacey S. Houston
    Stacey S. Houston (HOU008)
    Assistant Attorney General
    Assistant Counsel

    s/ Jim R. Ippolito, Jr.
    Jim R. Ippolito, Jr. (IPP001)
    Assistant Attorney General
    Chief Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
ippolitoj@dot.state.al.us
houstons@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ALVERENE BUTLER,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **CASE NO. 2:06-cv-00278-MEF-CSC** |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on **July 20, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Jay Lewis, Esq.
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103-5059
ATTORNEY FOR PLAINTIFF


s/ Stacey S. Houston
Stacey S. Houston (HOU008)
Assistant Attorney General
Assistant Counsel


**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
houstons@dot.state.al.us