IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALVERENE D. BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-278-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the defendants' Motion to Stay (Doc. #81) filed on July 20,

2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before August 8, 2007 as to

why this motion should not be granted.

DONE this the 31st day of July, 2007.


                                        /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE