IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ALVERENE BUTLER,** | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. 2:06-CV-278-MEF |
| | * | |
| **ALABAMA DEPARTMENT** | * | |
| **OF TRANSPORTATION, et al.,** | * | |
| Defendant. | * | |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** Plaintiff Alverene Butler, by and through her attorney of record, and would respond to the Court's Order of July 31, 2007 (Doc. 83), by saying that she has no objection to the Court's granting the defendants' motion to stay (Doc. 81).

RESPECTFULLY SUBMITTED this 31st day of July, 2007.

/s/ JAY LEWIS
Jay Lewis
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _31st_ day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

R. Mitchell Alton, III
Stacy Stith Houston
Jim R. Ippolito, Jr.
ALDOT
1409 Coliseum Blvd.
Montgomery, AL 36110

                                                /s/ JAY LEWIS
                                                Jay Lewis
                                                Attorney for Plaintiff
                                                Law Offices of Jay Lewis, LLC
                                                P.O. Box 5059
                                                Montgomery, Alabama, 36103
                                                334-263-7733 (voice)
                                                334-263-7733 (fax)
                                                J-Lewis@JayLewisLaw.com
                                                ASB-2014-E66J