## UNITED STATES DISTRICT COURT
DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

November 9, 2007

TELEPHONE
(334) 954-3610

Mr. Thomas K. Kahn, Clerk
USCA, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA  30303

USDC No **CV-06-F-278-N**

USCA No. __07-13358-G__

In Re: **ALVERENE D. BUTLER VS. ALABAMA DEPARTMENT OF TRANSPORTATION, ET AL.**

---

CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

__2__ Volume(s) of Pleadings

__5__ Volume(s) of Transcripts

___ Exhibits: ___ Box:_X_ Binders: ___Envelopes;

___ Other:___SEAL Envelope (s) :___ PSI(s)

____Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk

By: **Yolanda Williams**

cc: **STACEY S. HOUSTON**
 **JIMMIE R. IPPOLITO, JR.**
 **ROBERT MITCHELL ALTON, III**