**Mary Marshall**/CA11/11/USCOURTS

12/12/2007 01:52 PM

To: Yolanda Williams/ALMD/11/USCOURTS@USCOURTS
cc: Donna Norfleet/ALMD/11/USCOURTS@USCOURTS
bcc:
Subject: 07-13358-GG (DC: 2:06-00278 CV F N)

CA11# 07-13358-GG
Alverene D. Butler v. AL Dept. of Transportation
MAL: 2:06-00278 CV F N
---------------------------------------

ROA request

Thanks