IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVERENE BUTLER, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:06-cv-00278-MEF-CSC |
| ALABAMA DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS

Defendants submit the following costs to be taxed against Plaintiff:

1.    Fees of the Clerk (appeal fees) – $455.00. (Exhibit B).

2.    Fees for Trial Transcript and Pre-trial conference – $1,937.60. (See Exhibit C.)

3.    Fees for copies of the following:

    A. Discoverable documents:

    251 copies @ $.50 – $125.50
        Alverene Butler personnel file – 133 pages.
        Karen Stacey personnel file – 91 pages.
        State Personnel Department documents – 22 pages
        Vehicle Loss and Accident Form – 5 pages.

    B. Pleadings:

    140 copies @ $.50 - $70.00
        Motion to Dismiss – 4 pages.
        Answer to Amended Complaint – 9 pages.
        Motion for Summary Judgment – 3 pages.
        Memorandum in Support of Summary Judgment – 28 pages.
        Evidentiary Submission in Support of Summary Judgment – 4 pages.
        Reply Brief – 10 pages.
        Evidentiary Submission in Support of Reply Brief – 3 pages.
        Reply to Order to Show Cause – 4 pages.
        Deposition Designations – 3 pages.
        Proposed Voir Dire – 3 pages.
        Proposed Jury Instructions – 19 pages.
        Motion in Limine – 3 pages.


EXHIBIT A

      Proposed Verdict Form – 5 pages.
      Motion for New Trial – 4 pages.
      Motion for Judgment as a Matter of Law – 4 pages.
      Brief in Support of New Trial and Judgment as Matter of Law – 35 pages.
      Notice of Appeal – 3 pages.

    C. Trial exhibits.

10 sets of 182 pages @ $.50 – $910.00.

4.     Other Costs:

Total Deposition Costs – $1,156.25
A. Deposition of Alverene Butler - $464.40. (See Exhibit D.)
B. Deposition of Karen Stacey, Patrick Jackson and Mark Waits - $253.75. (See Exhibit D.)
C. Deposition of Kelvin Johnson - $438.10. (See Exhibit E.)

5.     Costs as shown on Mandate of Court of Appeals – $199.80. (See Exhibit F.)

Total Costs – **$4,854.15**

                                RESPECTFULLY SUBMITTED

                                s/ Stacey S. Houston
                                Jim R. Ippolito, Jr. (IPP001)
                                Chief Counsel

                                Stacey S. Houston (HOU008)
                                Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359
houstons@dot.state.al.us