## STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION
## MATERIAL RECEIPT

| | | |
|---|---|---|
| FEIN: ████ 00 | ORG: LEGAL | TYPE: V8 |
| FROM: U S DISTRICT COURT CLERK'S OFFICE | DOT REQ #: | DOC #: 07G330249 |
| P O BOX 711 | P.O. #: | DOC DATE: 07/16/2007 |
| MONTGOMERY, AL 36101-0711 | REC DATE: 07/12/2007 | ACCT PERIOD: 2007 JULY |
| | | CONTRACT ID: |

| # | DESCRIPTION | EQUIP ID | SERIAL NBR | UNIT | QTY | UNIT PRICE LINE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | DOCKET FEE FOR APPEAL FROM U.S. DISTRICT TO U.S. COURT OF APPEALS FOR THE 11TH CIRCUIT IN A. BUTLER | | | N/A | .0000 | | $455.00 |

TOTAL AMOUNT     $455.00

DEPT. USE ONLY    DOCUMENT #: 07G330249

| # | FY | ACCT | FUNC | OBJ | EVENT | PGM / PROJ # | PC | EQUIP ID | BRIDGE | CO | TRACT | PARCEL | VEND INV NUMBER | INV DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2007 | 8010 | 0807 | 0237 | | | | | | | | | 2:06-278-MEF | 07/12/07 |

I certify that the commodities listed above were received by me in the quantities noted and in an undamaged condition except as otherwise noted on the back hereof.

_[signature]_ ASA III
Name and Title

Checked by: _[signature]_ ASA III
Name and Title

_[signature]_ Jim R. Ippolito, Jr. MGT
BUREAU or DIVISION HEAD

EXHIBIT B

ALNB08

# REMITTANCE ADVICE 0592066

## STATE OF ALABAMA
Department of Finance - Office of State Comptroller
Montgomery, AL  36130-2602

| Agency | Fund | Voucher | Warrant | Date | Amount |
|--------|------|---------|---------|------|--------|
| 012 | 0319 | 70120054130 | 70566526 | 07/20/07 | $455.00 |

INVOICE NUMBERS:
2:06-278-MEF

PLEASE DIRECT QUESTIONS TO:  TRANSPORTATION
(334) 242-6367  1409 COLISEUM BLVD
MONTGOMERY AL  36130

US DISTRICT COURT CLERK'S OFFI
MIDDLE DIST OF ALABAMA
P O BOX 711
MONTGOMERY        AL    36101-0711

---

0592066

### State of Alabama
DEPARTMENT OF FINANCE
OFFICE OF STATE COMPTROLLER
MONTGOMERY, ALABAMA 36130-2602

VOUCHER NO.  70120054130    CHARGE TO:  0319 012

PAY TO THE ORDER OF:

| WARRANT NUMBER | DATE OF ISSUE | NET AMOUNT |
|----------------|---------------|------------|
| 70566526 | 07/20/07 | $ ********455.00 |


1216

US DISTRICT COURT CLERK'S OFFI
MIDDLE DIST OF ALABAMA
P O BOX 711
MONTGOMERY        AL    36101-0711

PAYABLE AT STATE TREASURER
MONTGOMERY, ALABAMA

VOID AFTER 1 YEAR

*Robert L Childree*
STATE COMPTROLLER

⑈70566526⑈  ⑆062200440⑆  000000455009⑈

B-2

UNITED STATES DISTRICT COURT - MIDDLE DISTRICT OF ALABAMA
**SCHEDULE OF FEES effective April 9, 2006**

On February 8, 2006, the President signed into law the Deficit Reduction Act of 2006, which included a provision **increasing the civil filing fee from $250 to $350.** Also, it included a provision for the Court of Appeals filing fee to **increase from $255 to $455.** These changes in the civil filing fee and the Court of Appeals filing fee will become effective April 9, 2006.

| FILING FEES | |
|---|---|
| **Civil Case, including Notice of Removal (increased April 9, 2006)** | $350.00 |
| Writ of Habeas Corpus | $ 5.00 |
| **Notice of Appeal to U.S.C.A. (increased April 9, 2006)** | **$455.00** |
| Miscellaneous Papers | $ 39.00 |
| Notice of Appeal on Misdemeanor Judgment | $ 32.00 |
| Registration of Foreign Judgment | $ 20.00 |
| **ATTORNEY ADMISSION FEES** | |
| Attorney Admission | $170.00 |
| Certificate of Good Standing | $ 15.00 |
| Pro Hac Vice Admission    (Per case, per attorney) | $ 20.00 |
| **MISCELLANEOUS FEES** | |
| Sale of Local Rules  Available at www.almd.uscourts.gov | No Charge -- if picked up otherwise postage due |
| Photocopies (per page) | $   .50 |
| Printed copies – Public Terminal (per page) | $   .10 |
| Duplication of Recording (ex: tape & digital) | $ 26.00 |
| Record Search (per name) | $ 26.00 |
| Certification of a Document | $ 9.00 |
| Documentation Exemplification | $ 18.00 |
| Record Retrieval | $ 45.00 |
| Witness Appearance Fee (Daily)<br>**Automobile Mileage/per mile (increased February 1, 2007)** | $ 40.00<br>$   .485 |
| NSF Check (Check Returned) | $ 45.00 |
| Power of Attorney | $ 20.00 |

*NO CHANGE POLICY: The Clerk's Office is not able to provide change. Exact payment for services is required. We accept payment by cash, certified checks, or money orders.* MAKE CHECKS PAYABLE TO --- CLERK, U.S. DISTRICT COURT.

B-3

| | |
|---|---|
| **From:** | efile_notice@almd.uscourts.gov |
| **To:** | almd_mailout@almd.uscourts.gov; |
| **CC:** | |
| **Subject:** | Activity in Case 2:06-cv-00278-MEF-CSC Butler v. Alabama Department of Transportation et al "USCA Appeal Fees" |
| **Date:** | Friday, July 20, 2007 4:54:50 PM |
| **Attachments:** | |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Alabama Middle District

Notice of Electronic Filing

The following transaction was received from ydw, entered on 7/20/2007 at 4:54 PM CDT and filed on 7/20/2007

**Case Name:** Butler v. Alabama Department of Transportation et al
**Case Number:** 2:06-cv-278
**Filer:**
**WARNING: CASE CLOSED on 06/15/2007**
**Document Number:**

**Docket Text:**
USCA Appeal Fees received $ 455 receipt number 0859 re [82] Notice of Appeal filed by Alabama Department of Transportation, Mark T. Waits, Patrick T. Jackson (ydw, )

The following document(s) are associated with this transaction:

B-4