## STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION
## MATERIAL RECEIPT

| FEIN: 00 | ORG: LEGAL | TYPE: V7 |
|---|---|---|
| FROM: MITCHELL P REISNER | DOT REQ #: G33-804059 | DOC #: 08G330011 |
| | P.O. #: 08X4059 | DOC DATE: 10/05/2007 |
| HOPE HUL, AL | REC DATE: 10/05/2007 | ACCT PERIOD: 2008 OCTOBER |
| | | CONTRACT ID: |

| # | DESCRIPTION | EQUIP ID | SERIAL NBR | UNIT | QTY | UNIT PRICE LINE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 COPY OF TRIAL TRANSCRIPT IN A. BUTLER V. ALDOT, ET AL. | | | N/A | .0000 | 1 | $1,600.50 |

TOTAL AMOUNT    $1,600.50

*DEPT. USE ONLY*    DOCUMENT #: 08G330011

| # | FY | ACCT | FUNC | OBJ | EVENT | PGM / PROJ # | PC | EQUIP ID | BRIDGE | CO TRACT | PARCEL | VEND INV NUMBER | INV DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2008 | 8010 | 0807 | 0236 | | | | | | | | 10052007 | 10/05/07 |

I certify that the commodities listed above were received by me in the quantities noted and in an undamaged condition except as otherwise noted on the back hereof.

Checked by: _Michael A. Fajoreh, ASA III_
Name and Title

_Michael A. Fajoreh, ASA III_
Name and Title

_Jim R. Ippolito, Jr./Mgr_
BUREAU or DIVISION HEAD



EXHIBIT C

# INVOICE

October 5, 2007

TO: Jim R. Ippolito, Jr.
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

FROM: Mitchell Reisner
Official Court Reporter

Hope Hull, Alabama

IN RE: *Alverene Butler v. Alabama Department of Transportation, et al.*
U.S. District Court for the Middle District of Alabama
Northern Division, Case No. 2:06-cv-278-MEF

Jury trial heard June 6, 7, and 8, 2007 before the Honorable Mark E. Fuller

1 copy trial transcript: 485 pages @ $3.30 per page

TOTAL AMOUNT DUE: ............................................................................$1,600.50

C-2

# STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION
## MATERIAL RECEIPT

FEIN:  00
FROM: MITCHELL P REISNER
HOPE HUL, AL

ORG: LEGAL
DOT REQ #: G33-804089
P.O. #: 08X4089
REC DATE: 10/15/2007

TYPE: V7
DOC #: 08G330018
DOC DATE: 10/16/2007
ACCT PERIOD: 2008 OCTOBER
CONTRACT ID:

| # | DESCRIPTION | EQUIP ID | SERIAL NBR | UNIT | QTY | UNIT PRICE LINE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 65 ADDITIONAL PAGES OF TRIAL TRANSCRIPT IN A. BUTLER V. ALDOT, ET AL. | | | N/A | .0000 | 1 | $215.00 |

TOTAL AMOUNT    $215.00

*DEPT. USE ONLY*    DOCUMENT #: 08G330018

| # | FY | ACCT | FUNC | OBJ | EVENT | PGM / PROJ # | PC | EQUIP ID | BRIDGE | CO TRACT | PARCEL | VEND INV NUMBER | INV DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2008 | 8010 | 0807 | 0236 | | | | | | | | 10152007 | 10/15/07 |

I certify that the commodities listed above were received by me in the quantities noted and in an undamaged condition except as otherwise noted on the back hereof.

Checked by: _Michael A Falzone, ASA III_
Name and Title

_Michael A Falzone, ASA III_
Name and Title

_Jim K. Ippolito, Jr._
BUREAU or DIVISION HEAD

C-3

# INVOICE

October 15, 2007

TO:  Jim R. Ippolito, Jr.
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

FROM:  Mitchell Reisner
Official Court Reporter

Hope Hull, Alabama

IN RE:  *Alverene Butler v. Alabama Department of Transportation, et al.*
U.S. District Court for the Middle District of Alabama
Northern Division, Case No. 2:06-cv-278-MEF

Jury trial heard June 6, 7, and 8, 2007 before the Honorable Mark E. Fuller

1 copy trial transcript: 65 additional pages @ $3.30 per page

TOTAL AMOUNT DUE: ..................................................................$215.00

C-4

# INVOICE

Risa L. Entrekin
Official Court Reporter
U.S. District Court
Middle District of Alabama
P.O. Box 5112
Montgomery, AL 36103-5112

(334) 240-2405

April 25, 2007

Mr. Harry A. Lyles
Assistant Counsel
STATE OF ALABAMA
DEPARTMENT OF TRANSPORTATION
Legal Division
1409 Coliseum Boulevard
Montgomery, Alabama 36110

IN RE:  Butler v. ALDOT, et al.
        Case No. 2:06cv278-MEF
        Pretrial Conference, 4/19/07

| | | |
|---|---|---|
| Transcript in the above-styled cause Original (filed) and one copy | 37 pages @ $3.30 | $122.10 |
| TOTAL | | $122.10 |

Transcript ordered 4/25/07
Transcript filed and e-mailed 4/25/07

I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States.

/s/ Risa L. Entrekin, RDR, CRR

C-5

# STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION
## MATERIAL RECEIPT

FEIN: ███████ 00
FROM: RISA L ENTREKIN
███████
PRATTVILLE, AL ███████

ORG: LEGAL
DOT REQ #: G33-704784
P.O. #: 07X4784
REC DATE: 04/25/2007

TYPE: V7
DOC #: 07G330073
DOC DATE: 04/26/2007
ACCT PERIOD: 2007 APRIL
CONTRACT ID:

| # | DESCRIPTION | EQUIP ID | SERIAL NBR | UNIT | QTY | UNIT PRICE LINE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TRANSCRIPT OF PROCEEDINGS IN A. BUTLER V. ALDOT, ET AL. (2:06-CV-278-MEF) | | | N/A | .0000 | 1 | $122.10 |

TOTAL AMOUNT   $122.10

DEPT. USE ONLY     DOCUMENT #: 07G330073

| # | FY | ACCT | FUNC | OBJ | EVENT | PGM / PROJ # | PC | EQUIP ID | BRIDGE | CO | TRACT | PARCEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2007 | 8010 | 0807 | 0236 | | | | | | | | |

VEND INV NUMBER: 2:06-CV-278
INV DATE: 04/25/07

I certify that the commodities listed above were received by me in the quantities noted and in an undamaged condition except as otherwise noted on the back hereof.

Checked by: _[signature] Michael A. Tafordi, ASA III_
Name and Title

_[signature] Michael A. Tafordi, ASA III_
Name and Title

_[signature] Jim K. Ippolito, Jr. MGT_
BUREAU or DIVISION HEAD

C-6