## STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION
## MATERIAL RECEIPT

FEIN: [redacted] 01
FROM: REAGAN REPORTERS LLC
[redacted]
MONTGOMERY, AL [redacted]

ORG: LEGAL
DOT REQ #: G33-703490
P.O. #: 3344897
REC DATE: 01/17/2007

TYPE: V7
DOC #: 07G330037
DOC DATE: 01/16/2007
ACCT PERIOD: 2007 FEBRUARY
CONTRACT ID:

| # | DESCRIPTION | EQUIP ID | SERIAL NBR | UNIT | QTY | UNIT PRICE LINE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TRANSCRIPT OF DEPOSITION OF ALVERENE BUTLER WITH EXHIBITS IN BUTLER V. ALDOT | | | N/A | .0000 | 1 | $464.40 |
| 2 | TRANSCRIPT OF DEPOSITIONS OF K. STACEY, P. JACKSON, & M. WAITS WITH EXHIBITS IN BUTLER V. ALDOT | | | N/A | .0000 | 1 | $253.75 |
| 3 | TRANSCRIPT OF GRIEVANCE HEARING FOR N.L. ROBINSON | | | N/A | .0000 | 2 | $130.00 |

TOTAL AMOUNT $848.15

*DEPT. USE ONLY* *DOCUMENT #: 07G330037*

| # | FY | ACCT | FUNC | OBJ | EVENT | PGM / PROJ # | PC | EQUIP ID | BRIDGE | CO | TRACT | PARCEL | VEND INV NUMBER | INV DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2007 | 8010 | 0807 | 0236 | | | | | | | | | 4620 | 01/10/07 |
| 2 | 2007 | 8010 | 0807 | 0236 | | | | | | | | | 4619 | 01/10/07 |
| 3 | 2007 | 8014 | 0807 | 0236 | 001 | | | | | | | | 994299 | 02/02/07 |

I certify that the commodities listed above were received by me in the quantities noted and in an undamaged condition except as otherwise noted on the back hereof.

Michael A. Fafoyer ASA III
Name and Title

Checked by: Michael A. Fafoyer ASA III
Name and Title

Jim R. Ippolito, Jr. MAT
BUREAU or DIVISION HEAD

EXHIBIT D

OK
MAF

Reagan Reporters, LLC
4137 Carmichael Rd.
Suite 320
Montgomery, AL 36106
(334) 262-7556 Fax (334) 262-4437

4619 01/10/2007 01-3978

01/04/2007 GOODDA 2:06-CV-00278

Harry Lyles
Dept. of Transportation
1409 Coliseum Blvd.
Montgomery, AL 36110

Alverene Butler v. AL Dept. of Transportation

Due upon receipt

| Description | Pages | Rate | Amount |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Karen Stacey | 49 Pages @ | 1.75/Page | 85.75 |
| ASCII - CD | | | n/c |
| Condensed | | | n/c |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Patrick Todd Jackson | 45 Pages @ | 1.75/Page | 78.75 |
| Condensed | | | n/c |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Mark Waits | 51 Pages @ | 1.75/Page | 89.25 |
| Condensed | | | n/c |
| | TOTAL DUE >>>> | | 253.75 |

(334) 242.6716 Fax (334) 263.7586

*Please detach bottom portion and return with payment.*

Harry Lyles
Dept. of Transportation
1409 Coliseum Blvd.
Montgomery, AL 36110

Invoice No.: 4619
Date : 01/10/2007
**TOTAL DUE : 253.75**

Job No. : 01-3978
Case No. : 2:06-CV-00278-MEF-CSC
Alverene Butler v. AL Dept. of Trans

Remit To: **Reagan Reporters, LLC**
**4137 Carmichael Rd.**
**Suite 320**
**Montgomery, AL 36106**

D-2

OK
MAF

Reagan Reporters, LLC
4137 Carmichael Rd.
Suite 320
Montgomery, AL 36106
(334) 262-7556 Fax (334) 262-4437

4620 01/10/2007 01-3967

2007 JAN 12 A 10:58

01/05/2007 GOODDA 2:06-CV-00278

Harry Lyles
Dept. of Transportation
1409 Coliseum Blvd.
Montgomery, AL 36110

Alverene Butler v. AL Dept. of Transportation

Due upon receipt

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| Alverene Butler | 140 Pages @ | 2.90/Page | 406.00 |
| EXHIBITS | 21 Pages @ | .40/Page | 8.40 |
| REPORTER ATTENDANCE | | | 50.00 |
| ASCII - CD | | | n/c |
| Condensed | | | n/c |
| | TOTAL DUE >>>> | | 464.40 |

(334) 242.6716 Fax (334) 263.7586

*Please detach bottom portion and return with payment.*

Harry Lyles
Dept. of Transportation
1409 Coliseum Blvd.
Montgomery, AL 36110

Invoice No.: 4620
Date : 01/10/2007
**TOTAL DUE : 464.40**

Job No. : 01-3967
Case No. : 2:06-CV-00278-MEF-CSC
Alverene Butler v. AL Dept. of Trans

Remit To: **Reagan Reporters, LLC**
**4137 Carmichael Rd.**
**Suite 320**
**Montgomery, AL 36106**

D-3