# STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION
## MATERIAL RECEIPT

FEIN: [redacted] 01
FROM: REAGAN REPORTERS LLC
4137 CARMICHAEL RD SUITE 320
MONTGOMERY, AL 36106-0000

ORG: LEGAL
DOT REQ #: G33-703490
P.O. #: 3344897
REC DATE: 05/23/2007

TYPE: V7
DOC #: 07G330082
DOC DATE: 06/01/2007
ACCT PERIOD: 2007 MAY
CONTRACT ID:

| # | DESCRIPTION | EQUIP ID | SERIAL NBR | UNIT | QTY | UNIT PRICE LINE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | TRANSCRIPT OF DEPOSITION OF K. JOHNSON IN A. BUTLER V. ALDOT | | | N/A | .0000 | 1 | $438.10 |

TOTAL AMOUNT $438.10

DEPT. USE ONLY      DOCUMENT #: 07G330082

| # | FY | ACCT | FUNC | OBJ | EVENT | PGM / PROJ # | PC | EQUIP ID | BRIDGE | CO | TRACT | PARCEL | VEND INV NUMBER | INV DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2007 | 8010 | 0807 | 0236 | | | | | | | | | 4782 | 05/23/07 |

I certify that the commodities listed above were received by me in the quantities noted and in an undamaged condition except as otherwise noted on the back hereof.

Checked by: _Michael A. Tajonoh ASA II_
Name and Title

_Michael A. Tajonoh ASA II_
Name and Title

_Jim K. Ippolito, Jr. Mgr_
BUREAU of DIVISION HEAD



EXHIBIT E

Reagan Reporters, LLC
4137 Carmichael Rd.
Suite 320
Montgomery, AL 36106
(334) 262-7556   Fax (334) 262-4437

M

| | | |
|---|---|---|
| 4782 | 05/23/2007 | 01-4142 |
| 05/18/2007 | TAYLPA | 2:06-CV-00278 |

Harry Lyles
Dept. of Transportation
1409 Coliseum Blvd.
Montgomery, AL 36110

Alverene Butler v. AL Dept. of Transportation

Due upon receipt

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Kelvin Johnson                          133 Pages @      2.90/Page         385.70
        EXHIBITS                              6 Pages @       .40/Page           2.40
        REPORTER ATTENDANCE                                                     50.00
        ASCII - CD                                                              15.00
        Condensed                                                               30.00
```

*no charge per contract*

TOTAL DUE >>>>     483.10
                   438.10

2007 MAY 25 A 10 44

(334) 242.6716   Fax (334) 263.7586

*Please detach bottom portion and return with payment.*

Harry Lyles
Dept. of Transportation
1409 Coliseum Blvd.
Montgomery, AL 36110

Invoice No.: 4782
Date        : 05/23/2007
**TOTAL DUE** :      483.10

Job No.   : 01-4142
Case No.  : 2:06-CV-00278-MEF-CSC
Alverene Butler v. AL Dept. of Trans

Remit To:   Reagan Reporters, LLC
            4137 Carmichael Rd.
            Suite 320
            Montgomery, AL 36106

E-2