# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
# BILL OF COSTS

Alabama Department of Transportation
                          Appellant

vs.

Alverene D. Butler
                          Appellee

Appeal No. 07-13358-GG

Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

## INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | X | | 72 | 8 | 576 | $86.40 | |
| Record Excerpts | X | | 66 | 6 | 396 | $59.40 | |
| Appellee's Brief | | | | | | | |
| Reply Brief | X | | 45 | 8 | 360 | $54.00 | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 199.80 REQUESTED | $ ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Date Signed: 8/5/2008           Signature: _____

Attorney for: Ala. Department of Transportation      Attorney Name: Jim R. Ippolito, Jr.
      (Type or print name of client)                          (Type or print your name)

---

## FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ _____ against _____

and are payable directly to _____ .

Thomas K. Kahn, Clerk

Issued on: _____      By: _____
                                                          Deputy Clerk

EXHIBIT F

MISC-12
(12/07)